# Exhibit 3



(/component/adagency/adagencyAds/click/20/15/135)

# INSTORE (/)
## INSTOREMAG.COM

| INSTORE<br>CHECK IT OUT<br>(/) | MARKETING SERVICES<br>NEW!<br>(/MARKETING-SERVICES) | EDUCATION<br>VIDEOS, WEBINARS AND PODCASTS<br>(/EDUCATION-AND-VIDEO) | CLASSIFIEDS<br>ONLY $35 PER MONTH<br>(/INSTORE-CLASSIFIEDS) |

☰ Menu

 (https://www.facebook.com/instoremag)   (https://twitter.com/instoremag)
 (https://www.instagram.com/INSTOREMAGAZINE)  



# Pure Grown Diamonds Moves to New York City

 ARTICLE BY: INSTORE STAFF JUNE 16, 2018

**(PRESS RELEASE)** NEW YORK – Pure Grown Diamonds, pioneers in the above earth diamond industry and the largest selling grown diamond brand in the United States announces their relocation to New York City after 5 years in New Jersey.

The company has moved into a new facility in the heart of the Diamond District to gain accessibility to retail and vendor partners. The new facility is a state-of-the art sales and distribution center that will help position the company with greater efficiency, while allowing for sustainable growth.

"We are thrilled for our move to New York City, said Suraj Mehta, Director it will start a new chapter for Pure Grown Diamonds and we look forward too many years of growth in our business."

For more information or additional press inquiries, please contact Kelly Good, Kgood@puregrowndiamonds.com (mailto:Kgood@puregrowndiamonds.com) 201-310-2561

**This story is tagged under:**





**SPONSORED VIDEO**

## Why Diamond Labs Love Pure Grown Diamonds

NY-based GCAL's Don Palmieri discusses the technical aspects of Pure Grown Diamonds and how stores are putting the profit back into their diamond business.

## Promoted Headlines








| 1 Comment | **INSTORE Magazine** | | 1 Login |
|---|---|---|---|
| ♡ Recommend | ⤴ Share | | Sort by Best |



**Patrick Fay Jr** • 2 months ago

Thanking the INSTORE staff for stating "above earth diamond industry" when mentioning lab grown diamonds instead of calling them synthetics like all the lab grown naysayers in the biz.

△ ▽ • Reply • Share ›

✉ Subscribe   ⓓ Add Disqus to your siteAdd DisqusAdd   🔒 Disqus' Privacy PolicyPrivacy PolicyPrivacy

blog comments powered by DISQUS (http://disqus.com)                                                                       back to top

**A GEM A DAY**



(/products/27865-18-new-pearl-creations-taking-the-jewelry-world-by-storm )

### IMPERIAL PEARL

14K yellow gold ring with freshwater seed pearls.$565.

imperialpearl.com (http://imperialpearl.com/)

**See more pearl jewelry. (//products/27865-18-new-pearl-creations-taking-the-jewelry-world-by-storm)**

### MOST POPULAR STORIES

Millennial Women Reveal Their Thoughts on Lab-Grown Diamonds in New Survey (/shine-times/28050-millennial-woman-reveal-their-thoughts-on-lab-grown-diamonds-in-new-survey)  **8/6/18**

Pandora to Eliminate 397 Jobs (/shine-times/28056-pandora-to-eliminate-397-jobs)  **8/6/18**

CEO of Baselworld Organizer Steps Down (/shine-times/28037-ceo-of-baselworld-organizer-steps-down)  **8/2/18**







**LATEST CLASSIFIEDS**

HELP WANTED (/TAGS/HELP-WANTED?ITEMID=20)
Bench Jeweler Needed in Columbus, Ohio (/help-wanted/28035-bench-jeweler-needed-in-columbus-ohio)  **8/3/18**

HELP WANTED (/TAGS/HELP-WANTED?ITEMID=20)

Bench Jeweler Needed in Sunny San Diego (/help-wanted/28014-bench-jeweler-needed-in-sunny-san-diego)  7/30/18

MISCELLANEOUS (/TAGS/MISCELLANEOUS?ITEMID=20)

Buying Broken Diamonds and Broken Melee Also! (/more/miscellaneous/24503-buying-broken-diamonds-and-broken-melee-also)  7/27/18

HELP WANTED (/TAGS/HELP-WANTED?ITEMID=20)

Retail Salesperson Sought - Vermont (/help-wanted/27965-retail-salesperson-sought-vermont)  7/24/18

HELP WANTED (/TAGS/HELP-WANTED?ITEMID=20)

Sales Position, Territory Manager (/help-wanted/27966-sales-position-territory-manager-1)  7/24/18

See all Classifieds (/classifieds-coming-soon) / Buy a Classified for $35 (https://smartworkmedia.wufoo.eu/forms/maf7b6t1fbonu7/)

INSTORE (https://www.facebook.com/instoremag/)

# Get INSTORE Daily Bulletins in Your Inbox

Breaking jewelry industry news, plus useful advice and analysis each morning. Sign up instantly!

**SIGN UP (HTTPS://VISITOR.R20.CONSTANTCONTACT.COM/MANAGE/OPTIN?V=001QV8C0ZYBLRN165A1FHSCO88GPC4UQYF8ME5KTUKG96KL9S-FLI3N8YZ2ZDLXY6YWZHYQCL6JHGM5M_FMDYDMPWDPOKERMQ5Y3IRRG3SW6VHB-JNHDDP8-V7WOUPDVKT3PQHQC-GQDRZTF2PTJ1LKKN6WEB)**



INSTORE (/)
INSTOREMAG.COM

12 GREAT ISSUES A YEAR

 (http://instoremag.com/best-stores/1013-key-pages/23333-get-your-free-subscription-to-instore)

## GET MORE FROM INSTORE!


7/22/15
Sign Up For INSTORE'S Brain Squad (/brain-squad)


4/11/16
Get Your Free Subscription to INSTORE (/subscribe)


4/11/15
Getting to Know INSTORE's Brain Squad (/best-stores/1013-key-pages/18263-getting-to-know-instore-s-brain-squad)

## SUBSCRIBE

- INSTORE Magazine ⏷ (https://smartworkmedia.dragonforms.com/init.do?omedasite=ISnew&pk=INSweb)
- INSTORE Bulletins (https://smartworkmedia.dragonforms.com/init.do?omedasite=ISB_new&version=1&page=1)
- Brain Squad (/brain-squad)

## ADVERTISING

- Download Media Kit (http://smartworkmedia.com/bonus-pages/instore.html)
- Advertising Information (http://smartworkmedia.com/bonus-pages/instore.html)
- Raves (http://smartworkmedia.com/index.php/bonus-pages/instore/raves-instore)
- Editorial Calendar (http://smartworkmedia.com//images/instore-images/2018-downloads/instore-editorial-calendar-2018.pdf)

SITEMAP (/SITEMAP)   PRIVACY POLICY ⏷ (HTTP://SMARTWORKMEDIA.COM/INDEX.PHP/ABOUT-SWM/PRIVACY-POLICY)

CONTACT US (/CONTACT-US-INSTORE)

BACK TO TOP