# Exhibit 1

# IN THE HIGH COURT OF THE REPUBLIC OF SINGAPORE

Case No.: HC/S 26/2016  
Filed: 12-January-2016 09:17 AM  
Hearing Date : 17-February-2016  
Hearing Time : 2:30 PM  
Hearing Type : Pre-Trial Conference  
Attend Before: Registrar

Between

ELEMENT SIX TECHNOLOGIES LIMITED  
(United Kingdom Registration No. 08206603)

...Plaintiff(s)

And

IIa TECHNOLOGIES PTE. LTD.  
(Singapore UEN No. 200516961K)

...Defendant(s)



## WRIT OF SUMMONS

To:

IIa TECHNOLOGIES PTE. LTD.  
65 Chulia Street #38-02 OCBC Centre Singapore 049513

THIS WRIT OF SUMMONS has been issued against you in respect of the claim endorsed herein.

You must:
1. satisfy the claim; or
2. enter an appearance,

within 8 days after the service of this Writ, failing which, the Plaintiff(s) may proceed with the action and enter judgment against you without further notice.

THIS WRIT OF SUMMONS is issued by the solicitors for the Plaintiff(s) whose particulars are as below. The address(es) of the Plaintiff(s) is/are Global Innovation Centre, Fermi Avenue, Harwell Oxford Didcot, Oxfordshire OX110QR United Kingdom.

Solicitor(s) for the Plaintiff(s)

AMICA LAW LLC  
30 Raffles Place #14-01 Chevron House  
Singapore 048622  
Tel No.: 63036210  
Fax No.: 63036222  
Email: jason.chan@amicalaw.com

File Ref No.: JC/MP/NIC/sal/20120280
Solicitor in charge: 1. CHAN KWOK CHUAN JASON,
2. NICHOLAS ONG WEI LUN,
3. PANG SZE RAY, MELVIN



HC/S26/2016:HC/S26/2016:HC/S26/2016:HC/S26/2016:HC/S26/2016:HC/S26/2016

VINCENT HOONG
REGISTRAR
SUPREME COURT
SINGAPORE

### STATEMENT OF CLAIM

Please see attached Statement of Claim.

Note:

1. This writ may not be served more than 6 calendar months after the above date unless renewed by order of the Court.

2. To defend the claim, the Defendant(s) must enter an appearance(s) using the electronic filing service either personally or by a solicitor at the Registry of the SUPREME COURT and notify the (Plaintiff(s) / Plaintiff's solicitors) accordingly within 8 days after service hereof, otherwise judgment may be entered against him without further notice.

3. Where the Defendant enters an appearance, he must also serve a defence on the solicitor for the Plaintiff within 14 days after the last day of the time limited for entering an appearance; otherwise judgment may be entered against him without further notice.