# Exhibit 4





**Pure Grown Diamonds**

Like This Page · April 3, 2015 · Edited ·

#Singapore is one of the most forward thinking cities when it comes to sustainability. #PureGrownDiamonds are Type IIa (2a) diamonds, one of the rarest kind in the world & are grown in the world's largest diamond greenhouse facility in Singapore... Learn more http://bit.ly/1FVEHVv

96 6 Shares

Like Comment Share

Write a comment...

Friend Requests See All

Ai Lee Goh
From Singapore
Confirm Friend

| Diamonds.Net | RapNet.com | Rapaport Auctions | Rapaport Store | More | | Aug 20, 2018 00:21 NY |

# RAPAPORT
## DIAMONDS.NET

Diamond Prices | News | Reports | Magazine | Store | Trading | About Us | Contact Us

Join  Login

ines Hits Mountain Province Sales --- De Beers Hires Tech Exec to Lead Blockchain --- Harrods Names New Head of Watches and Jewelry --- Hea

### News

▶ Latest News
Videos
Martin Rapaport
Trade Calendar
TradeWire Email
NewsBrief Email
News Feed
Subscribe

News Search
Advanced Search

Features
Analysis
Videos
Reports
Profiles
▼ More Article Types

Mining
Rough Markets
Polished Markets
Manufacturing
Retail
▼ More Article Topics

## Press Release: IIa Technologies Opens Diamond Greenhouse in Singapore

Mar 18, 2015 10:39 AM   By IIa Technologies

**Press Release:** Singapore-based IIa Technologies, the world leader in grown diamond technology, today announced the launch of the world's largest diamond greenhouse, a 200,000-square-foot, state-of-the-art facility that has successfully conceptualized and developed a revolutionary, commercially viable diamond growing process for colorless, high-quality, type IIa diamonds.

IIa Technologies has also launched a center of excellence that is a first-of-its-kind diamond research center, which will contribute all the scientific know-how to different teams within IIa Technologies. The center aims to further develop existing diamond growing technologies and offer high-quality grown diamonds for various technology industries and applications, beyond the luxury sector. It will also continue research on the microwave chemical vapor deposition (MPCVD) method of growing diamonds so as to establish next-generation applications for grown diamonds that will have far-reaching implications in the semiconductor, healthcare and engineering sectors.



The world's largest diamond greenhouse, developed by IIa Technologies, was inaugurated by Tharman Shanmugaratnam, the Singapore Deputy Prime Minister and Minister of Finance, and was attended by representatives from the Economic Development Board (EDB) this morning.

Speaking at the opening, Vishal Mehta, the CEO of IIa Technologies, said, "We are extremely proud to have created the world's largest diamond greenhouse right here in Singapore, the innovation hub of Asia. Today, IIa Technologies is the only diamond greenhouse in the world that can grow high-quality type IIa diamonds, which are considered the purest and rarest types of diamonds."

Lim Kok Kiang, the assistant managing director of the Singapore Economic Development Board, added, "IIa Technologies' investments in Singapore opens new opportunities for research into the use of diamonds for high-tech applications, such as high-precision cutting tools, quantum computing data storage, optical imaging and radiation detection. This will enhance the competitiveness of Singapore's research and development ecosystem and manufacturing capabilities, particularly for the precision engineering, medical instruments, optical equipment, electronics and semiconductor industries."

CULTURED IN SINGAPORE

Additionally, to coincide with Singapore's jubilee celebrations this year, IIa Technologies has also launched "Cultured in Singapore," a new brand initiative that underlines the technological advancement in diamonds that the company has achieved in Singapore. The new "Cultured in Singapore" brand identifies the origin of IIa diamonds and endorses that these diamonds were 100 percent cultured in Singapore, a country known for its innovation and high levels of sustainability. The brand initiative is also aimed to proudly position Singapore as a grown diamond resource for the world.

Mehta said, "IIa grown diamonds are the first-ever sustainable, conflict-free, origin-guaranteed, high-quality diamonds that were conceptualized and cultured in Singapore. Creating a diamond resource within Singapore truly showcases what the country stands for – progressive technology, innovation and business resilience."

A NEW DIAMOND CHOICE FOR CONSUMERS

Diamonds continue to see high demand throughout the world. However, the mined diamond supply has seen a constant decline in the past decade, driven by the fact that key diamond mines have passed their peak production levels. The global mined diamond supply is estimated to drop to 13 million carats in 2050 from the projected 133 million carats in 2014, considering a base case scenario. This occurs in light of the rising demand from various markets such as the U.S., India and China, which is likely to widen the demand and supply gap.

Industry reports suggest that over the next 30 years, grown diamonds will become a dominant player in high-technology applications and very significant diamond source for the luxury world. Grown diamonds are also predicted to provide a good hedge for diversification of use in an industry that has, so far, heavily relied on a single product -- gem-quality diamonds.

New York-based Pure Grown Diamonds is the world's largest retailer-distributor of IIa grown diamonds and part of IIa Holdings Group. Lisa Bissell, the CEO of Pure Grown Diamonds, said, "IIa grown diamonds come at a time where consumers are looking for more options. In addition to being conflict-free, these diamonds come at a cost that is 30 percent to 40 percent less. The diamonds are identical to their mined counterparts with the only difference being their point of origin."

About IIa Technologies

Established in 2005, Singapore headquartered IIa Technologies Pte. Ltd. is the industry leader in grown diamond technology. Through years of cutting-edge research, the company has created commercially viable and sustainable processes to grow the purest form of colorless diamonds classified as type IIa. Devoid of chemical impurities, grown diamonds by IIa Technologies has applications in the mechanical, manufacturing and aerospace industries as well as in the gems and jewelry industry. IIa Technologies is a part of IIa Holdings Group, which also owns retailer-distributor Pure Grown Diamonds. For more information:

http://2atechnologies.com/

**Rapaport News is not responsible for, and does not endorse, the content of any third-party press release. This is not a Rapaport Press Release. It has been provided as additional information for our clients**




Case 1:18-mc-00418-PGG Document 5-5 Filed 09/07/18 Page 5 of 6

| Prices | News | Store | Services | About Rapaport | |
|---|---|---|---|---|---|
| Rapaport Prices | Latest News | Price Lists | RapNet Trading Network | About Us | |
| RapNet Prices | Videos | Reports | Rapaport Auctions | Calendar | |
| Parcel Prices | Reports | | Laboratory Services | Conferences | |
| Rupee Prices | Magazine | | Investment Diamonds | Media Center | |
| Price Calculator | Subscribe to News | | | Careers | Terms of Use |
| Subscribe to Prices | Free Newsletters | | | Advertise with Us | Privacy Policy |
| Buy Price Lists | News Feed | | | Info Kit (PDF) | Link to Us |

© Copyright 1978-2018 by Martin Rapaport. All rights reserved. Index®, RapNet®, Rapaport®, PriceGrid™, Diamonds.Net™, and JNS®; are TradeMarks of Martin Rapaport.
While the information presented is from sources we believe reliable, we do not guarantee the accuracy or validity of any information presented by Rapaport or the views expressed by users of our internet service.