# Exhibit 6

### IN THE HIGH COURT OF THE REPUBLIC OF SINGAPORE

HC/S 26/2016

                          Between

**ELEMENT SIX TECHNOLOGIES LIMITED**
(United Kingdom Registration No. 08206603)

…Plaintiff

And

**lla TECHNOLOGIES PTE. LTD.**
(Singapore UEN No. 200516961K)

…Defendant

### LIST OF DOCUMENTS

The following is a list of the documents relating to the matters in question in this action which are or have been in the possession, custody or power of the abovenamed Defendant. This List of Documents is filed without prejudice to any further lists of documents that may be necessary for the Defendant to file.

1.  The Defendant have in their possession, custody or power, the documents relating to the matters in question in this action enumerated in Part I of Schedule 1 hereto.

2. The Defendant objects to produce the documents enumerated in Part II of Schedule 1 on the ground that the said documents are, as appear from their description or nature, privileged from production.

3. To the best of the Defendant's knowledge at this juncture, neither the Defendant nor its solicitors nor any other person on their behalf, has now, or ever had, in its possession, custody or power any document of any description whatsoever relating to any matter in question in this action, other than the documents enumerated in the Schedule 1 hereto. If there are further documents relating to any matter in question in this action which comes into the Defendant's possession, custody or power and / or are found to be relevant by the Defendant due to subsequent discovery or otherwise, these documents will be disclosed in a Supplementary List.

## SCHEDULE 1

## PART I

| S/No. | Date | Description (Copies unless otherwise stated) |
|---|---|---|
| **DOCUMENTS RELATING TO PATENTS IN THE SUIT** | | |
| 1. | 18 March 2004 | International Publication No. WO 2004/022821 |
| 2. | 3 June 2004 | International Publication No. WO 2004/046427 |
| 3. | 30 May 2005 | Singapore Patent No. 110508 |
| 4. | 28 November 2005 | Singapore Patent No. 115872 |
| 5. | 1 December 2015 | Singapore Patent No. 115872 (after post-grant amendments) |
| 6. | 17 September 2008 | Letter from IPOS titled "Reminder Letter for Renewal" for Singapore Patent No. 110508 |
| 7. | 25 February 2009 | Form PF15 from IPOS for Singapore Patent No. 110508 |

| S/No. | Date | Description (Copies unless otherwise stated) |
|---|---|---|
| 8. | 25 February 2009 | Form PF16 from IPOS for Singapore Patent No. 110508, |
| 9. | 3 March 2009 | Form PF15 from IPOS for Singapore Patent No. 115872 |
| 10. | 3 March 2009 | Form PF16 from IPOS for Singapore Patent No. 115872 |
| 11. | 1 July 2014 | Form CM8 from IPOS for Singapore Patent No. 115872 |
| 12. | 1 July 2014 | Letter from IPOS to Amica Law LLC |
| 13. | 2 October 2014 | Letter from IPOS to Amica Law LLC |
| 14. | 12 November 2014 | Letter from IPOS titled "Recordal of Transfer of Ownership" for Singapore Patent No. 110508 |
| 15. | 13 August 2015 | Letter from Amica Law LLC to IPOS |
| 16. | 13 August 2015 | Patents Form 17 for SG Patent No. 115872 |
| 17. | 20 August 2015 | Letter from IPOS to Amica Law LLC |
| 18. | 29 September 2015 | The Patents Journal Singapore Issue No. 201509A |
| 19. | 25 November 2015 | Letter from IPOS to Amica Law LLC |
| 20. | 1 December 2015 | Letter from Amica Law LLC to IPOS |
| 21. | 1 December 2015 | Letter from IPOS to Amica Law LLC |
| 22. | 11 April 2016 (date accessed) | Printout of patent register for Singapore Patent No. 110508 from www.ipos.gov.sg |
| 23. | 11 April 2016 (date accessed) | Printout of patent register for Singapore Patent No. 115872 from www.ipos.gov.sg |
| **PRIOR ART & OTHER DOCUMENTS** | | |
| 24. | January 1952 | A paper entitled: 'Differences between counting and non-counting diamonds – Part II: Birefringency and Luminescence' – G.P. Freeman & H.A. van der Velden, Physica, Vol. 18, Issue 1, pp. 9-19 |
| 25. | 7 November 1978 | US Patent No. 4,124,690 |
| 26. | 13 November | US Patent No. 4,174,380 |

| S/No. | Date | Description (Copies unless otherwise stated) |
|---|---|---|
|  | 1979 |  |
| 27. | March 1981 | A paper entitled 'Dosimetry with a Diamond operating as a resistor' – E.A. Burgemeister, Physics in Medicine and Biology Vol. 26, Issue 2, pp. 269-275 |
| 28. | 14 August 1984 | US Patent No. 4,465,932 |
| 29. | August 1991 | A paper entitled: 'Rapid growth of single-crystal diamond on diamond substrates' – G. Janssen, W. Vollenberg, L.J. Giling, W.J.P. van Enckervort, J.J.D. Schamineé & M. Seal, Surface and coatings Technology, Vol. 47, Issues 1–3, pp. 113-126 |
| 30. | 1 May 1992 | A paper entitled: 'Characterization of single-crystal diamond grown by chemical vapour deposition processes' – G. Janssen, W.J.P van Enckevort, W. Vollenberg & L.J. Giling, Diamond and Related Materials, Vol. 1, Issue 7, pp. 789-800 |
| 31. | 31 March 1993 | A paper entitled: 'Diamond homoepitaxy by chemical vapour deposition' – Andrzej Badzain & Teresa Badzain; Diamond and Related Materials, Vol. 2, Issues 2-4, pp. 147-157 |
| 32. | 13 April 1993 | A paper entitled: 'Diamond windows for IR applications in adverse environments' – Claude A. Klein, Diamond and Related Materials, Vol. 2, Issues 5-7, pp. 1024-1032 |
| 33. | Fall 1993 | A paper entitled: 'Two Near-Colourless General Electric Type-IIA Synthetic Diamond Crystals' – James E. Shigley, Emmanuel Feritsch & Hene Reinitz, Gems & Gemology, Vol. 29, Issue 3, pp. 191-197 |
| 34. | 14 December 1993 | US Patent No. 5,270,028 |
| 35. | April 1994 | A paper entitled: 'Flame Deposition and characterisation of Large Type IIa Diamond Single Crystal', by JJ Schermer, WJP van Enckvort and LP Gilling; Diamond and Related Materials; Vol 3; Issues 4-6, Pages 408-416 |
| 36. | 4 July 1994 | A paper entitled: 'Nitrogen stabilized 100 texture in Chemical Vapor deposited diamond films.' R. Locher, C. Wild, N. Herres, D. Behr and P Koidl, Applied Physics Letters, Vol 65, No. 1 |
| 37. | 21 September 1994 | Europe Patent No. 0651954 |
| 38. | 20 March 1995 | A paper entitled: 'Homoepitaxial diamond film deposition on a brilliant cut diamond anvil' – Thomas S. McCauley & Yogesh K. Vohra, Applied Physics Letters, Vol. 66, Issue |

| S/No. | Date | Description (Copies unless otherwise stated) |
|---|---|---|
| | | 12, pp. 1486- 1488 |
| 39. | 13 September 1995 | Europe Patent No. 0671482A1 |
| 40. | 19 September 1995 | US Patent No. 5,451,430 |
| 41. | 24 October 1995 | Japan Patent No. 07-277890A (translated) |
| 42. | 12 December 1995 | US Patent No. 5,474,021 |
| 43. | July 1996 | A paper entitled: 'Characterization and lattice location of nitrogen and boron in homoepitaxial CVD diamond' – R. Samlenski, C. Haug, R. Brenn, C. Wild, R. Locher & P. Koidl; Diamond and Related Materials, Vol. 5, Issues 9, pp. 947-951 |
| 44. | 1 January 1997 | A paper entitled: 'A Study of Surface morphologies of (001) homoepitaxial diamond films', Naesung Lee, Andrzej Badzian, Diamond and Related Materials, Vol. 6 Issue 1 (1997) pg 130-145 |
| 45. | 1 January 1997 | A paper entitled: 'The characterization of strain, impurity content, and crush strength of synthetic diamond crystals' – Terri L. McCormick, Journal of Materials Research, Vol. 12 Issue 1, pp.253-263 |
| 46. | 2 July 1997 | A paper entitled: 'Crystalline perfection of high purity synthetic diamond crystal' – H. Sumiya, N. Toda, Y. Nishibayashi & S. Satoh, Journal of Crystal Growth, Vol. 178, Issue 4, pp. 485-494 |
| 47. | 10 March 1999 | Europe Patent No. 0594994 |
| 48. | November 1999 | A paper entitled: 'Multiple twinning and nitrogen defect center in CVD homoeopitaxial diamond' by Chih-Shiue Yan and Yogesh K. Vohra, Diamond and Related Materials Vol 8 Issue 11 (1999) page 2022- 2031 |
| 49. | 2000 | A chapter in the textbook entitled: 'Electric Refractory Materials' edited by Yukinobu Kumashiro, Chapter 15: Synthesis of Diamond from the Gas Phase by Andrzej Badzain, page 347 – 368 |
| 50. | Spring 2000 | A paper entitled: 'Spectroscopic evidence of GE POL HPHT-treated natural type IIa diamonds' by David Fisher and Raymond A Spits, Gems & Gemology, Vol 36, No. 1, page 42-49, Spring 2000; |
| 51. | 22 July 2000 | A paper entitled 'Analysis of Large Single Crystal CVD Diamond' by J.E. Butler, T.A. Kennedy, J.S. Colton, S. Qadri, R. Linares, P. Doering, M. Newton, C. Glover, H. |

| S/No. | Date | Description (Copies unless otherwise stated) |
|---|---|---|
| | | Smith & A. Collins given at the United States Naval Research Academy was presented on 22 July 2000 |
| 52. | 31 July 2000 | A paper entitled: 'Nitrogen incorporation in diamond films homoepitaxially grown by chemical vapour deposition' – Konstantin Iakoubovskii, Guy J. Adriaenssens & Yogesh K. Vohra, Journal of Physics: condensed Matter, Vol. 12, Issue 30, pp. L519-524 |
| 53. | September – October 2000 | A paper entitled 'Growth and characterization of hillock-free high quality homoepitaxial diamond films' – Chunlei Wang, Masatake Irie & Toshimichi Ito; Diamond and Related Materials, Vol: 9, Issues 9-10, pp. 1650-1654 |
| 54. | 19 December 2000 | US Patent No. 6,162,412 |
| 55. | March – July 2001 | A paper entitled: "Nitrogen incorporation in CVD diamond", K. Iakoubovskii, et al.; Diamond and Related Materials, 10 (2001) 485 – 489 |
| 56. | 1 March 2001 | International Publication No. WO 2001/14050 |
| 57. | 4 October 2001 | International Publication No. WO 2001/72406 |
| 58. | 18 October 2001 | US Patent Application No. 2001/0031237 |
| 59. | 20 December 2001 | International Publication No. WO 2001/96634 |
| 60. | 21 February 2002 | International Publication No. WO 2002/13958 |
| 61. | 27 June 2002 | US Patent Application No. 2002/0081260 |
| 62. | Summer 2002 | A paper entitled: 'Characterisation and Grading of Natural-Colour Pink Diamonds' by John M King, James E Shigley, Scott S Guhin, Thomas H Gelb and Matthew Hall, Gems & Gemology, Vol 38, No. 2, page 128 to 147, Summer 2002 |
| 63. | 6 September 2002 | A paper entitled: 'High Carrier Mobility in Single-Crystal Plasma-Deposited Diamond' – Jan Isberg, Johan Hammersberg, Erik Johansson, Tobias Wikström, Daniel J. Twitchen, Andrew J. Whitehead, Steven E. Coe & Geoffrey A. Scarsbrook; Science, Vol. 297, Issue 5587, pp. 1670-1672 |
| 64. | October 2002 | A paper entitled: 'Single-Qubit Operations with the Nitrogen- Vacancy Center in Diamond' – T.A. Kennedy, F.T. Charnock, J.S. Colton, J.E. Butler, R.C. Linares & P.J. Doering, Physica Status Solidi (B), Vol. 233, Issue 3, pp. 416-426 |

| S/No. | Date | Description (Copies unless otherwise stated) |
|---|---|---|
| 65. | 1 October 2002 | A paper entitled: 'Very high growth rate chemical vapour deposition of single-crystal diamond' – Chih-shiue Yan, Yogesh K. Vohra, Ho-kwang Mao & Russell J. Hemley, Proceedings of the National Academy of Sciences of the United States of America, Vol. 99, Issue 20, pp. 12523-12525 |
| 66. | 25 October 2002 | A paper entitled: 'High pressure-high temperature treatment of natural diamonds' by J van Royen and Yu Pal'yanov; Journal of Physics: Condensed Mater, 14 (2002) 10953 – 10956 |
| 67. | 4 – 8 November 2002 | A paper entitled: 'Status of the R&Ds on Diamond Particle Detectors' – Mara Bruzzi; given at the 11th International Workshop on Vertex Detectors at the Ohana Keauhou Beach Resort 78-6740, Alii Drive, Kailuat-Kona, Hawaii was presented between the 4 – 8 November 2002 |
| 68. | 21 November 2002 | US Patent Application No. 2002/0172638 |
| 69. | July 2003 | A presentation entitled: 'Characterisation of HPHT Annealed Single Crystal CVD Diamond' by JE Butler, BN Feygelson, CH Yan, HK Mao and R Hemley, presented at the annual Diamond Physics Meeting, sponsored by DeBeers, July 2003 |
| 70. | 21 – 25 September 2003 | A paper entitled: 'Diamond Solid Etalons for High-Stability DWDM Wavelength-Lockers' by E.P. Houwman, H.P. Godfried, C.E. Hall, J. Fraser, L. Daykin, S.J. Pope & K. Mullaney presented at the ECOC-IOOC 2003, 29th European Conference on Optical Communication & 14th International Conference on Integrated Optics and Optical Fibre Communication held in Rimini, Italy between the 21-25 September 2003 |
| 71. | 25 October 2003 | Archival web page from the website www.e6.com |
| 72. | 20 November 2003 | Printout from Google search page for the words and/or phrase "CVD diamonds for etalon" |
| 73. | 18 May 2004 | Written opinion from the International Preliminary Examining Authority for International PCT Application PCT/IB2003/003783 |
| 74. | 17 August 2004 | Response by Element Six Limited to the European Patent Office in respect of in respect of International PCT Application PCT/IB2003/003783 |
| 75. | 31 August 2004 | International Preliminary Examination Report for International PCT Application PCT/IB2003/005281 |

| S/No. | Date | Description (Copies unless otherwise stated) |
|---|---|---|
| 76. | 27 September 2004 | International Preliminary Examination Report against International PCT Application PCT/IB2003/003783 |
| 77. | 25 July 2005 | Communication from European Patent Office to Element Six Limited in respect of European Patent Application No. 03793979.0 |
| 78. | 2 December 2005 | Response by Element Six Limited to the European Patent Office in respect of European Patent Application No. 03793979.0 |
| 79. | 9 February 2007 | Communication from European Patent Office to Element Six Limited in respect of European Patent Application No. 03772484.6 |
| 80. | 8 June 2007 | Response by Element Six Limited to the European Patent Office in respect of European Patent Application No. 03772484.6 |
| 81. | 14 December 2010 | Letter from Carpmaels & Ransford to the European Patent Office in respect of European Patent Application No. 03772484.6 |
| 82. | 16 April 2012 | Invoice number INV-REF/Q1-JAN-12/31 from Gemesis Diamond Company |
| 83. | 3 September 2013 | Communication from European Patent Office to Element Six Limited in respect of European Patent Application No. 03772484.6 |
| 84. | 28 October 2013 | Response by Element Six Limited to the European Patent Office in respect of European Patent Application No. 03772484.6 |
| 85. | 24 February 2014 | Quote No. 13-2051 from Microwave Enterprise |
| 86. | 12 May 2014 | Invoice number 3086 from Microwave Enterprise |
| 87. | 7 July 2014 | Letter from Element Six Limited to the European Patent Office regarding the assignment of European Patent Application No. EP 03772484.6 |
| 88. | 18 September 2014 | Communication from the European Patent Office to Element Six Technologies Limited on the decision to grant European Patent Application No. 03772484.6 |
| 89. | 23 October 2015 | Quotation No. IIa/QT/1516-124 |
| 90. | 27 October 2015 | Invoice No. SA-1510-00178 from Pure Grown Diamonds Inc |
| 91. | 27 October 2015 | Packing List of Laboratory Grown Diamonds from Pure Grown Diamonds Inc. |

| S/No. | Date | Description (Copies unless otherwise stated) |
|---|---|---|
| 92. | 27 October 2015 | Commercial Invoice from Pure Grown Diamonds Incs. |
| 93. | 27 October 2015 | FEDEX Shipping Slip (to Mrs Ayako Lawson) |
| 94. | 8 January 2016 | Tax Invoice No. IIa/INV/1516-0241 from IIa Technologies Pte Ltd |
| 95. | 8-Jan-16 | Delivery Order No. IIa/DO/1516-0241 from IIa Technologies Pte Ltd |
| 96. | 5 October 2016 (date accessed) | Printout from whois lookup on domain registration for 2atechnologies.com |
| 97. | 5 October 2016 (date accessed) | GIA Report 5172659546 |
| 98. | 5 October 2016 (date accessed) | GIA Report 5186009158 |
| 99. | Undated | Element Six Brochure titled "Diamond etalons" |
| 100. | Undated | Archival web pages from the website www.e6.com |

## PART II

Cause papers, notes and instructions to the Defendant's solicitors and confidential communications between the Defendant and their solicitors and between solicitors and others with reference to the matters in question in this action for the purpose of obtaining legal advice and/or correspondence between the Defendant and/or their solicitors and third parties for the purposes of the present litigation; and without prejudice correspondence and communication.

**NOTICE TO INSPECT**

**TAKE NOTICE** that the documents in the above list, may be inspected at the office of the Solicitors of the abovenamed Defendant at 10 Collyer Quay, #10-00 Ocean Financial Centre, Singapore 049315, by prior appointment between the hours of 10.00am and 5.00 pm, on any working day within seven (7) days of service of this list on the Defendant or its solicitors.

Dated this 7th Day of October 2016

*[signature]*

**DREW & NAPIER LLC**
**SOLICITORS FOR THE DEFENDANT**

To:   The Plaintiff (and its solicitors)

　　　Amica Law LLC

　　　30 Raffles Place

　　　#14-01 Chevon House

　　　Singapore 048622

## IN THE HIGH COURT OF THE REPUBLIC OF SINGAPORE

HC/S 26/2016

                Between

**ELEMENT SIX TECHNOLOGIES LIMITED**
(United Kingdom Registration No. 08206603)

…Plaintiff

And

**IIa TECHNOLOGIES PTE. LTD.**
(Singapore UEN No. 200516961K)

…Defendant

## SUPPLEMENTARY LIST OF DOCUMENTS

The following is a Supplementary List of the Documents relating to the matters in question in this action which are or have been in the possession, custody or power of the abovenamed Defendant. This Supplementary List of Documents is filed without prejudice to any further lists of documents that may be necessary for the Defendant to file.

1. The Defendant have in their possession, custody or power, the documents relating to the matters in question in this action enumerated in Part I of Schedule 1 hereto.

2. The Defendant object to produce the documents enumerated in Part II of Schedule 1 on the ground that the said documents are, as appear from their description or nature, privileged from production.

3. To the best of the Defendant's knowledge at this juncture, neither the Defendant nor their solicitors nor any other person on their behalf, has now, or ever had, in its possession, custody or power any document of any description whatsoever relating to any matter in question in this action, other than the documents enumerated in the Schedule 1 hereto. If there are further documents relating to any matter in question in this action which comes into the Defendant's possession, custody or power and / or are found to be relevant by the Defendant due to subsequent discovery or otherwise, these documents will be disclosed in a further Supplementary List.

## SCHEDULE 1

## PART I

| S/No. | Date | Description (Copies unless otherwise stated) |
|---|---|---|
| 1. | 1982 | A paper entitled "*The kinetics of the aggregation of nitrogen atoms in diamond*" - T.Evans and Zendu Qi; Proceedings of the Royal Society of London A, Vol. 381, pp. 159 - 179 |
| 2. | 1990 | A paper entitled: '*Selective Deposition of Homoepitaxial diamond film*' by S.A. Grot, C.W. Hatfield, G.SH. Gildenblat, A.R. Badzian & T. Badzian, Proc. 2nd Int'l Conf. on Elec. Mats, Material Research Society |
| 3. | 21 August 1990 | US Patent No. 4,950,625 |
| 4. | 30 January 1992 | A paper entitled "*Dislocation of epitaxial CVD Diamond and the characterization by Raman spectroscopy*" - Masahiko Mitsuhashi, Shiro Karasawa, Sieshiro Ohya and Fumitaka Togashi; Applied Surface Science, Vol. 60/61, pp. 565-572 |
| 5. | 7 July 1992 | US Patent No. 5,127,983 |
| 6. | 2 August 1994 | US Patent No. 5,335,245 |
| 7. | 1995 | A paper entitled: '*Characterization of Thick Homoepitaxial Film on Diamond (001) Substrate II*' – T.Tsuno JNDF 9th Diamond Symposium, no. p09 |
| 8. | November 1996 | A paper entitled "*High-pressure synthesis of high-purity diamond crystal*" – H. Sumiya and S. Satoh; Diamond and Related Materials; Vol. 5 Issue 11, pp. 1359 – 1365 |
| 9. | 25 March 1999 | An article entitled; "*L.K.I. Co., "The American Trader making process of changing the colour and gloss of natural diamond*", Jayantilal Shah, Maniratna, 13 April 1999 based on a press release from Pegasus Overseas Limited, Lazare Kaplan International and General Electric Company published on 25 March 1999 |
| 10. | 2000 | A paper entitled *'Development of large size diamond synthesis process*' by Sumitomo Electric Industrial Co. Ltd., Report on R&D on "Frontier Carbon Technology" (FCT) project by New Energy Development Organisation (NEDO) |

| S/No. | Date | Description (Copies unless otherwise stated) |
|---|---|---|
| 11. | 1 August 2000 | US Patent No. 6,096,129 |
| 12. | Fall 2000 | A paper entitled: '*GE POL Diamonds:Before and After*' – Christopher P. Smith, George Bosshart, Johann Ponahlo, Vera M. F. Hammer, Helmut Klapper and Karl Schmetzer, Gems & Gemology, Vol. 36 Issue 3, pp. 192-215 |
| 13. | 2001 | A chapter in the textbook entitled: '*Optical Properties of Diamond A Data Handbook*' – Dr. Sc. Alexander M. Zaitsev, Chapter 5: 'Optical Electronic Transition', page 125 – 372 |
| 14. | 2001 | A paper entitled: 'The colour of diamond and how it may be changed' – Alan T. Collins, Journal of Gemmology, 2001, 27, 6, 341-359 |
| 15. | 4 October 2001 | International Publication No. WO 2001/72404 |
| 16. | 20 December 2001 | International Publication No. WO 2001/019633 |
| 17. | 6 March 2002 | A report by the RD42 Collaboration entitled: '*Development of Diamond Tracking Detectors for High Luminosity Experiments at the LHC*' |
| 18. | 10 July 2002 (date of presentation) | A presentation by Dr Harris Kagan entitled "*Development of CVD Diamond Detectors for the LHC*" |
| 19. | 20 September 2002 (date of priority) | Singapore Patent No. 110506 |
| 20. | 30 January 2003 (date of presentation) | A presentation by Dr Harris Kagan entitled "*Recent Developments in Diamond Detectors*" |
| 21. | Spring 2003 | A paper entitled: '*Chemical Vapor Deposited Diamond Maturity and Diversity*' – James E. Butler; The Electrochemical Society Interface, pp. 22-26 |
| 22. | 10 April 2003 (date of | A presentation by Dr Harris Kagan entitled "*Particle Detectors:New Results on CVD Diamond Detectors*" |

5

| S/No. | Date | Description (Copies unless otherwise stated) |
|---|---|---|
|  | presentation) |  |
| 23. | 27 June 2003 (date of presentation) | A presentation by Dr Harris Kagan entitled "*Recent Developments in Diamond Tracking Devices*" |
| 24. | 15 - 19 September 2003 (date of presentation) | A presentation by Dr Harris Kagan entitled "*Diamond Detectors*" |
| 25. | 29 September 2003 (date of presentation) | A presentation by Dr Harris Kagan entitled "*Non-silicon Solid State Detectors*" |
| 26. | 25 November 2003 | A report by the RD42 Collaboration entitled: '*Development of Diamond Tracking Detectors for High Luminosity Experiments at the LHC*" |
| 27. | 26 November 2003 (date of presentation) | A presentation by Dr P. Weilhammer entitled "*Development of CVD Diamond Tracking Detectors for Experiments at High Luminosity Colliders*" for the RD42 Collaboration |
| 28. | 1 April 2004 | International Publication No. WO 2004/027123 |
| 29. | 1 - 2 April 2004 (date of presentation) | A presentation by Dr Mara Bruzzi entitled "*Status of the Development of Ultra Radiation-Hard Semiconductor Detectors for Very High Luminosity Colliders*" |
| 30. | Spring, 2004 | A paper entitled: '*Identification of Synthetic Diamond Grown Using Chemical Vapor Deposition (CVD)*' – Philip M. Martineau, Simon C. Lawson, Andy J. Taylor, Samantha J. Quinn, David J.F. Evans and Michael J. Crowder; *Gems & Gemology,* Vol. 40, No.1 |
| 31. | 23 September 2004 | International Publication No. WO 2004/082086 |
| 32. | 1 April 2005 | A report by the RD42 Collaboration entitled: '*Report on E6 Samples, No. 1/2005*' |
| 33. | 6 April 2005 | UK Patent No. 2400115C |

| S/No. | Date | Description (Copies unless otherwise stated) |
|---|---|---|
| 34. | 25 August 2005 | Communication from the United Kingdom Patent Office to Element Six Limited in respect of UK Patent Application No. GB0506804.4 |
| 35. | 13 October 2005 | Communication from the United Kingdom Patent Office to Element Six Limited in respect of UK Patent Application No. GB0512114.0 |
| 36. | 19 December 2005 | Response by Element Six Limited to the United Kingdom Patent Office in respect of UK Patent Application No. GB00506804.4 |
| 37. | 13 April 2006 | Response by Element Six Limited to the United Kingdom Patent Office in respect of UK Patent Application No. GB0512114.0 |
| 38. | 2 June 2006 | Communication from the United Kingdom Patent Office to Element Six Limited in respect of UK Patent Application No. GB0512114.0 |
| 39. | 2 October 2006 | Response by Element Six Limited to the United Kingdom Patent Office in respect of UK Patent Application No. GB0512114.0 |
| 40. | 30 November 2006 | Communication from the United Kingdom Patent Office to Element Six Limited in respect of UK Patent Application No. GB0506804.4 |
| 41. | 9 November 2006 | International Publication No. WO 2006/117621 |
| 42. | 5 December 2006 | Communication from the United Kingdom Patent Office to Element Six Limited in respect of UK Patent Application No. GB0512114.0 |
| 43. | 21 December 2006 | Response by Element Six Limited to the United Kingdom Patent Office in respect of UK Patent Application No. GB00506804.4 |
| 44. | 28 December 2006 | International Publication No. WO 2006/136929 |
| 45. | 5 February 2007 | Response by Element Six Limited to the United Kingdom Patent Office in respect of UK Patent Application No. GB0512114.0 |
| 46. | 21 February 2007 | Request for Grant of a patent for UK Patent Application No. GB0703371.5 |

| S/No. | Date | Description (Copies unless otherwise stated) |
|---|---|---|
| 47. | 21 March 2007 | Communication from the United Kingdom Patent Office to Element Six Limited in respect of UK Patent Application No. GB0703371.5 |
| 48. | 27 March 2007 | Notification of Grant of UK Patent Application No. GB00506804.4 as UK Patent No. GB2409675 |
| 49. | 16 April 2007 | Response by Element Six Limited to United Kingdom Patent Office in respect of UK Patent Application No. GB0703371.5 |
| 50. | 22 May 2007 | Notification of Grant of UK Patent Application No. GB0512114.0 as UK Patent No. GB2411895 |
| 51. | 12 June 2007 | Notification of Grant of UK Patent Application No. GB0703371.5 as UK Patent No. GB2432592 |
| 52. | 26 May 2009 | Communication from the Japan Patent Office to Element Six Limited in respect of Japan Patent Application No. JPA2004-553030 (original and translated in English) |
| 53. | 25 August 2009 | Communication from the Japan Patent Office to Element Six Limited in respect of Japan Patent Application No. JPA2005-538018 (original and translated in English) |
| 54. | 29 October 2009 | Response by Element Six Limited to the Japan Patent Office in respect of Japan Patent Application No. JPA2004-553030 (original and translated in English) |
| 55. | 25 December 2009 | Amendment to Japan Patent Application No. JPA2005-538018 filed by Element Six Limited (original) |
| 56. | 12 February 2010 | Communication from the Japan Patent Office to Element Six Limited in respect of Japan Patent Application No. JPA2005-538018 (original and translated in English) |
| 57. | 20 August 2010 | Communication from the Japan Patent Office to Element Six Limited in respect of Japan Patent Application No. JPA2005-538018 (original and translated in English) |
| 58. | 17 December 2010 | Amendment to Japan Patent Application No. JPA2005-538018 filed by Element Six Limited (original) and Demand for Appeal (original and translated) |
| 59. | 21 May 2015 | International Publication No. WO 2015/071484A1 |
| 60. | 10 July 2014 (date filed) | United Kingdom Patent Office Patent Form 21 to register the assignment of, *inter alia*, UK Patent No. GB2411895 |

| S/No. | Date | Description (Copies unless otherwise stated) |
|---|---|---|
| | | and UK Patent No. 2432592 |
| 61. | 5 May 2016 (date accessed) | Official Register of Japan Patent No. 4768267 (original and translated in English) |
| 62. | 20 September 2016 (date accessed) | Official Register of Japan Patent No. 4711677 (original) |
| 63. | 12 December 2016 (date accessed) | Printout of patent register for Singapore Patent No. 110506 from www.ipos.gov.sg |

## PART II

Cause papers, notes and instructions to the Defendant's solicitors and confidential communications between the Defendant and their solicitors and between solicitors and others with reference to the matters in question in this action for the purpose of obtaining legal advice and/or correspondence between the Defendant and/or their solicitors and third parties for the purposes of the present litigation; and without prejudice correspondence and communication.

**NOTICE TO INSPECT**

**TAKE NOTICE** that the documents in the above list, may be inspected at the office of the Solicitors of the abovenamed Defendant at 10 Collyer Quay, #10-00 Ocean Financial Centre, Singapore 049315, by prior appointment between the hours of 10.00am and 5.00 pm, on any working day within seven (7) days of service of this list on the Plaintiff or its solicitors.

9

Dated this 16 December 2016

*[signature]*

**DREW & NAPIER LLC**
**SOLICITORS FOR THE DEFENDANT**

To:  The Plaintiff (and its solicitors)

Amica Law LLC

30 Raffles Place

#14-01 Chevron House

Singapore 048622