# Exhibit 8

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



**LOCAL COMPANY TRANSACTIONS**
Page 1 of 9

### FILING OF ANNUAL RETURN

| | |
|---|---|
| Name of Company. | : IIA TECHNOLOGIES PTE. LTD. |
| Registration No. | : 200516961K |
| Company Type during Financial Period Concerned. | : LIMITED PRIVATE COMPANY |

Please select applicable option

- [●] Active
- [ ] Dormant

**Registered Office Address**

: 65, CHULIA STREET
#38- 02/03 OCBC CENTRE
SINGAPORE(049513)

**Address where Register of Members kept If other than the Registered Office**

:

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



LOCAL COMPANY TRANSACTIONS

## FILING OF ANNUAL RETURN

**Particulars of Directors, Managers, Secretaries, Auditors, Shareholders as at: 23/06/2014**

### Director(s)

| S/No. | Name Addres | Identification No. | Date of Appointment Nationality |
|---|---|---|---|
| 1 | MEHTA VISHAL JATIN<br>33, JALAN MUTIARA<br>#11- 03 LATITUDE<br>SINGAPORE(249208) | S8187632J | 27/07/2006<br>INDIAN |
| 2 | SONIA JATIN MEHTA<br>33B, JALAN MUTIARA<br>#08- 03 LATITUDE<br>SINGAPORE(249208) | S2766230G | 03/05/2006<br>INDIAN |
| 3 | MISRA DEVI SHANKER<br>5, ROSEWOOD DRIVE<br>#01- 09 ROSEWOOD<br>SINGAPORE(737936) | G6051933T | 31/01/2013<br>INDIAN |
| 4 | TAN TECK NGUAN MICHAEL<br>205, ANG MO KIO AVENUE 1<br>#07- 1089<br>SINGAPORE(560205) | S1217289C | 07/12/2005<br>SINGAPORE CITIZEN |
| 5 | GIRIJA PRASAD PANDE<br>245, ORCHARD BOULEVARD<br>#07- 03 ORCHARD BEL AIR<br>SINGAPORE(248648) | S2720729D | 01/04/2012<br>SINGAPORE CITIZEN |
| 6 | MEHTA SURAJ JATIN<br>33, JALAN MUTIARA<br>#11- 03 LATITUDE<br>SINGAPORE(249208) | G0724138R | 31/01/2013<br>INDIAN |

### Secretary(ies)

| S/No. | Name Addres | Identification No. | Date of Appointment Nationality |
|---|---|---|---|
| 1 | YAP CHING CHING JOCELYN<br>626, UPPER THOMSON ROAD<br>#05- 38 MEADOWS @ PEIRCE<br>SINGAPORE(787130) | S7048039E | 07/12/2005<br>SINGAPORE CITIZEN |

### Auditor(s)

| S/No. | Name Addres | Identification No. | Date of Appointment Nationality |
|---|---|---|---|
| 1 | AT ADLER<br>146, ROBINSON ROAD<br>#09- 01<br>SINGAPORE(068909) | T06PF0888J | 18/11/2011 |

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



| LOCAL COMPANY TRANSACTIONS | Page 3 of 9 |
| --- | --- |

## FILING OF ANNUAL RETURN

**Shareholder(s):**

| S/No. | Name<br>Address | Identification No.<br>Nationality | Number of shares held |
| --- | --- | --- | --- |
| 1 | SONIA JATIN MEHTA<br><br>33B, JALAN MUTIARA<br>#08- 03 LATITUDE<br>SINGAPORE(249208) | S2766230G<br><br>INDIAN | Currency : SINGAPORE, DOLLARS<br>Ordinary : 1000000<br>Preference : 0<br>Others : 0 |
| 2 | JRD INTERNATIONAL LIMITED<br><br>BRITISH AMERICAN INSURANCE HOUSE,<br>SUITE 204, MARLBOROUGH STREET, P O<br>BOX CB 12399, NASSAU | T06UF0865D | Currency : SINGAPORE, DOLLARS<br>Ordinary : 2500000<br>Preference : 0<br>Others : 0 |
| 3 | JRD INTERNATIONAL LIMITED<br><br>BRITISH AMERICAN INSURANCE HOUSE,<br>SUITE 204, MARLBOROUGH STREET, P O<br>BOX CB 12399, NASSAU | T06UF0865D | Currency : UNITED STATES OF AMERICA, DOLLARS<br>Ordinary : 54581508<br>Preference : 0<br>Others : 0 |

### Summary of Share Capital and Shares

| Currency | : | **SINGAPORE, DOLLARS** | | |
| --- | --- | --- | --- | --- |
| Class of Shares | : | Ordinary | Preference | Others |
| Number of Shares | : | 3,500,000.00 | 0.00 | 0.00 |
| Issued Share Capital | : | 3,500,000.00 | 0.00 | 0.00 |
| Paid Up Share Capital | : | 3,500,000.00 | 0.00 | 0.00 |
| Currency | : | **UNITED STATES OF AMERICA, DOLLARS** | | |
| Class of Shares | : | Ordinary | Preference | Others |
| Number of Shares | : | 54,581,508.00 | 0.00 | 0.00 |
| Issued Share Capital | : | 69,429,087.00 | 0.00 | 0.00 |
| Paid Up Share Capital | : | 69,429,087.00 | 0.00 | 0.00 |

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



## LOCAL COMPANY TRANSACTIONS

### FILING OF ANNUAL RETURN

**Other Information on Shares (to be updated prior to filing of Annual Return)**

Currency :  SINGAPORE, DOLLARS

Please fill in the information where applicable.

| | Ordinary | Preference | Others |
|---|---|---|---|
| **(i) Shares paid in cash** | | | |
| (a) **Number** of shares issued subject to payment wholly in cash : | 0.00 | 0.00 | 0.00 |
| **(ii) Shares paid otherwise than in cash (i.e. non-cash) :** | | | |
| (a) **Number** of shares issued as fully paid up otherwise than in cash : | 0.00 | 0.00 | 0.00 |
| (b) **Total amount**, if any, agreed to be considered as paid on those (i.e. the above) shares which have been deemed issued as fully paid up otherwise than in cash : | 0.00 | 0.00 | 0.00 |
| **(iii) Partly paid otherwise than in cash (i.e. non-cash) :** | | | |
| (a) **Number** of shares issued as partly paid up to the extent of  0.00 per share otherwise than in cash : | 0.00 | 0.00 | 0.00 |
| (b) **Total amount**, if any, agreed to be considered as paid on those (i.e. the above) shares which have been issued to that extent | 0.00 | 0.00 | 0.00 |
| (c) **Total amount**, if any, agreed to be considered as unpaid on those shares | 0.00 | 0.00 | 0.00 |
| **(iv) Forfeited Shares :** | | | |
| (a) **Total number** of shares forfeited since the date of the last summary of return or if none had been filed previously, the date of incorporation : | 0.00 | 0.00 | 0.00 |
| **(v) Treasury Shares** | | | |
| (a) **Total number** of ordinary shares held as treasury shares: | 0.00 | | |
| **(vi) Calls :** | | | |
| (a) **Additional calls** paid since the date of last return: (Note: This includes all amounts paid pursuant to calls (whether on account of the par or premium): see Section 62(B)(2) Companies Act. | 0.00 | 0.00 | 0.00 |
| (b) **Additional calls** for unpaid premium for shares issued before 30 Jan 2006 (Amount will be added to the **issued and paid up** capital upon successful lodgement) : | 0.00 | 0.00 | 0.00 |

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



**LOCAL COMPANY TRANSACTIONS**

Page 5 of 9

## FILING OF ANNUAL RETURN

(c) **Total amount** of calls unpaid :

| 0.00 | 0.00 | 0.00 |
|------|------|------|

(Note : Upon submitting the AR, "Paid up Share Capital" will include the additional calls paid)

Currency :

| UNITED STATES OF AMERICA, DOLLARS |
|---|

Please fill in the information where applicable.

| | Ordinary | Preference | Others |
|---|---|---|---|

**(i) Shares paid in cash**

(a) **Number** of shares issued subject to payment wholly in cash :

| 0.00 | 0.00 | 0.00 |
|------|------|------|

**(ii) Shares paid otherwise than in cash (i.e. non-cash) :**

(a) **Number** of shares issued as fully paid up otherwise than in cash :

| 0.00 | 0.00 | 0.00 |
|------|------|------|

(b) **Total amount**, if any, agreed to be considered as paid on those (i.e. the above) shares which have been deemed issued as fully paid up otherwise than in cash :

| 0.00 | 0.00 | 0.00 |
|------|------|------|

**(iii) Partly paid otherwise than in cash (i.e. non-cash) :**

(a) **Number** of shares issued as partly paid up to the extent of  0.00 per share otherwise than in cash :

| 0.00 | 0.00 | 0.00 |
|------|------|------|

(b) **Total amount**, if any, agreed to be considered as paid on those (i.e. the above) shares which have been issued to that extent

| 0.00 | 0.00 | 0.00 |
|------|------|------|

(c) **Total amount**, if any, agreed to be considered as unpaid on those shares

| 0.00 | 0.00 | 0.00 |
|------|------|------|

**(iv) Forfeited Shares :**

(a) **Total number** of shares forfeited since the date of the last summary of return or if none had been filed previously, the date of incorporation :

| 0.00 | 0.00 | 0.00 |
|------|------|------|

**(v) Treasury Shares**

(a) **Total number** of ordinary shares held as treasury shares:

| 0.00 |
|------|

**(vi) Calls :**

(a) **Additional calls** paid since the date of last return: (Note: This includes all amounts paid pursuant to calls (whether on account of the par or premium):
see Section 62(B)(2) Companies Act.

| 0.00 | 0.00 |
|------|------|

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



Page 6 of 9

## LOCAL COMPANY TRANSACTIONS

### FILING OF ANNUAL RETURN

(b) **Additional calls** for unpaid premium for shares issued before 30 Jan 2006 (Amount will be added to the **issued and paid up** capital upon successful lodgement) :

| 0.00 | 0.00 | 0.00 |
|------|------|------|

(c) **Total amount** of calls unpaid :

| 0.00 | 0.00 | 0.00 |
|------|------|------|

**(Note : Upon submitting the AR, "Paid up Share Capital" will include the additional calls paid)**

(vii) **Commissions (debentures)**

| 0.00 | 0.00 | 0.00 |
|------|------|------|

(a) Total amount of the sums, if any, paid by way of commission in respect of any debentures since the date of the last summary of return or if none had been filed previously, since the date of incorporation :

**Explanatory notes (if any) :**
**(max 2000 characters)**

### List of Registered Charges

| Date of Registration | Charge No. | Amount of Indebtedness |
|---|---|---|
| 04/07/2012 | C201207434 | All monies owing |
| 04/07/2012 | C201207440 | All monies owing |
| 04/07/2012 | C201207445 | All monies owing |
| 28/08/2013 | C201311760 | All monies owing |

### AGM and Financial Details

| | |
|---|---|
| Date of Annual Return | : 23/06/2014 |
| Date of Annual General Meeting | : 09/06/2014 |
| Date Financial Statements made up to (Financial Period End) | : 31/03/2014 |

### Principal Activity(ies)

### SSIC Code and SSIC Description as at Annual Return : 23/06/2014

| | |
|---|---|
| SSIC Code(I) | : MANUFACTURE OF PIEZO-ELECTRIC DEVICES(26126) |
| SSIC Description(I) | : GROWING OF DIAMONDS |
| SSIC Code(II) | : GENERAL WHOLESALE TRADE (INCLUDING GENERAL IMPORTERS AND EXPORTERS)(46900) |
| SSIC Description(II) | : |

**Is the principal activity(ies) as at Financial Period End different from the principal activity(ies) as at Date of Annual Return?** * ☐ Yes ◉ No

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



## LOCAL COMPANY TRANSACTIONS

### FILING OF ANNUAL RETURN

#### Order for Relief from Compliance with requirements of form and content granted under section 202

Date of Order                                    :

Description of Order                             :

#### Documents other than financial statements

Attach other document(s) if required by any other law to be filed with this Annual Return (apart from the financial statements).

Attachment : (must be in pdf format, max 2 MB size)        :

#### Financial Information in XBRL (Select one of the following) *

◉   **Full set of financial statements in XBRL**

☐   **Financial Statements Highlights**

   Only the following companies are allowed to file financial statements highlights :

   - Banks, insurance companies and finance companies whose activities are regulated by the Monetary Authority of Singapore;

   - Companies that are allowed by law to prepare financial statements in accordance with accounting standards other than the Singapore Financial Reporting Standards and the International Financial Reporting Standards;

   - Insolvent EPCs (exempt private companies);

   - Other companies which have obtained approval from ACRA.

#### Financial Statement Details

| S/No. | Nature of Financial Information | Financial Year End | Uploaded By | Date | Select |
|---|---|---|---|---|---|
| 1 | Full set of financial statements in XBRL | 31/03/2014 | Sarah Sia | 23/06/2014 | ◉ |

#### Statement of confirmation: Review copy Financial Information generated from full set of financial statements in XBRL *

Click on the **Financial Year End** hyperlink under section: Financial Information in XBRL, to review the document titled "Financial Information", which is generated from the full set of financial statements in XBRL.

◉   With regard to the information presented in the section titled "Financial Statements" in XBRL,

   - I confirm that the information is legible; and

   - I confirm that I have verified with director/secretary of the company; or I, director/secretary of the company, confirm that the information is identical in content to the financial statements tabled at the AGM (or sent to the shareholders, in the case of private company which has dispensed with holding an AGM).

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



## LOCAL COMPANY TRANSACTIONS

### FILING OF ANNUAL RETURN

**AGM copy of Financial Statements in PDF (Optional):**

Attach full set of financial statements as tabled at or used for the purposes of the Company's AGM.
(if document size does not exceed 2 MB, please attach it in Attachment 1. If it exceeds 2 MB, the file must be split into two attachments of maximum 2 MB each)

Attachment 1                                          :   IIA_Audit Report
                                                          31.03.14_signed20140623164843.pdf

Continuation of Attachment                            :

## Mandatory Information *:

The Director's Report and Statement By Directors have been signed by :

(i)    S8187632J MEHTA VISHAL JATIN

(ii)   S1217289C TAN TECK NGUAN MICHAEL

## Audit Status *:

- Are the financial statements required to be audited       :  [•] Yes    [ ] No
  (i.e. the company is not exempted from audit)? *

  - Name of Public Accounting Entity that audited the       :  AT ADLER(T06PF0888J)
    financial statements

  - Name of Auditor who audited and signed off the          :  TAN MONG GEOK(00930)
    financial statements

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



## LOCAL COMPANY TRANSACTIONS

**FILING OF ANNUAL RETURN**

### DECLARATION BY A NON-EXEMPT PRIVATE COMPANY

☐ I, SIA YEQING, MICHAEL FAITH CONSULTANTS PTE LTD, director/secretary of the company, hereby declare that:
-

⦿ I, SIA YEQING, MICHAEL FAITH CONSULTANTS PTE LTD, hereby declare that I have verified from MEHTA VISHAL JATIN (S8187632J), director/secretary of the company that:-

(i)   the particulars of the above company in this Annual Return are accurate and up to date as at 23/06/2014 (date must not be more than 14 days prior to the date of lodgement);

(ii)   the abovenamed director/secretary has made an inspection of the share register and confirmed that transfer have not taken place since the date of  the last annual return;

(iii)   the company is a private company and the number of its memeber is not more than 50 (counting joint holders of shares as one person and not counting any person in the employment od the company or of its subsidiary or any person who while previously in the employment of the company of of its subsidiary was and thereafter has continued to be a member of the company); and

I, "SIA YEQING, MICHAEL FAITH CONSULTANTS PTE LTD", also declare that I have verified from MEHTA VISHAL JATIN (S8187632J), director of the company that the financial statements herewith have been prepared in accordance with Part VI of the Companies Act and where applicable, the financial information in XBRL format stated herein is accurate.

⦿   Click to confirm the above declaration.

| **Lodged in the office of the Registrar of Companies and Businesses by** | | Company Name | : IIA TECHNOLOGIES PTE. LTD. |
|---|---|---|---|
| Name | : SIA YEQING of MICHAEL FAITH CONSULTANTS PTE LTD | Date of Lodgment | : 23/06/2014  16:51:31 |
| Address | : | Transaction No. | : C140286094 |
| Tel. No. | : 63272022 | Receipt No. | : ACR0000005596409A |
| Email | : sarah@mfc.com.sg | Amount Paid | : 20.00 |

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



## LOCAL COMPANY TRANSACTIONS

**FILING OF ANNUAL RETURN**

Name of Company. : IIA TECHNOLOGIES PTE. LTD.

Registration No. : 200516961K

Company Type during Financial Period Concerned. : LIMITED PRIVATE COMPANY

Please select applicable option    ● Active

     ☐ Dormant

### Registered Office Address

: 65, CHULIA STREET
#38- 02/03 OCBC CENTRE
SINGAPORE(049513)

### Address where Register of Members kept if other than the Registered Office

:

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



**LOCAL COMPANY TRANSACTIONS**

**FILING OF ANNUAL RETURN**

**Particulars of Directors, Managers, Secretaries, Auditors, Shareholders as at: 09/09/2015**

### Director(s)

| S/No. | Name<br>Addres | Identification No. | Date of Appointment<br>Nationality |
|---|---|---|---|
| 1 | SONIA JATIN MEHTA<br>33B, JALAN MUTIARA<br>#08- 03 LATITUDE<br>SINGAPORE(249208) | S2766230G | 03/05/2006<br>INDIAN |
| 2 | MEHTA VISHAL JATIN<br>33, JALAN MUTIARA<br>#11- 03 LATITUDE<br>SINGAPORE(249208) | S8187632J | 27/07/2006<br>INDIAN |
| 3 | MISRA DEVI SHANKER<br>5, ROSEWOOD DRIVE<br>#01- 09 ROSEWOOD<br>SINGAPORE(737936) | G6051933T | 31/01/2013<br>INDIAN |
| 4 | TAN TECK NGUAN MICHAEL<br>205, ANG MO KIO AVENUE 1<br>#07- 1089<br>SINGAPORE(560205) | S1217289C | 07/12/2005<br>SINGAPORE CITIZEN |
| 5 | GIRIJA PRASAD PANDE<br>245, ORCHARD BOULEVARD<br>#07- 03 ORCHARD BEL AIR<br>SINGAPORE(248648) | S2720729D | 01/04/2012<br>SINGAPORE CITIZEN |
| 6 | MEHTA SURAJ JATIN<br>33, JALAN MUTIARA<br>#11- 03 LATITUDE<br>SINGAPORE(249208) | G0724138R | 31/01/2013<br>INDIAN |

### Secretary(ies)

| S/No. | Name<br>Addres | Identification No. | Date of Appointment<br>Nationality |
|---|---|---|---|
| 1 | YAP CHING CHING JOCELYN<br>626, UPPER THOMSON ROAD<br>#05- 38 MEADOWS @ PEIRCE<br>SINGAPORE(787130) | S7048039E | 07/12/2005<br>SINGAPORE CITIZEN |

### Auditor(s)

| S/No. | Name<br>Addres | Identification No. | Date of Appointment<br>Nationality |
|---|---|---|---|
| 1 | AT ADLER<br>146, ROBINSON ROAD<br>#09- 01<br>SINGAPORE(068909) | T06PF0888J | 18/11/2011 |

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



LOCAL COMPANY TRANSACTIONS

Page 3 of 9

## FILING OF ANNUAL RETURN

### Shareholder(s):

| S/No. | Name<br>Address | Identification No.<br>Nationality | Number of shares held | | |
|---|---|---|---|---|---|
| 1 | SONIA JATIN MEHTA | S2766230G | Currency | : | SINGAPORE, DOLLARS |
| | 33B, JALAN MUTIARA<br>#08- 03 LATITUDE<br>SINGAPORE(249208) | INDIAN | Ordinary<br>Preference<br>Others | :<br>:<br>: | 1000000<br>0<br>0 |
| 2 | SPRING FIELD GROUP LIMITED | T06UF0865D | Currency | : | SINGAPORE, DOLLARS |
| | PROVIDENCE HOUSE, EAST WING EAST<br>HILL STREET, NASSAU BAHAMAS | | Ordinary<br>Preference<br>Others | :<br>:<br>: | 2500000<br>0<br>0 |
| 3 | SPRING FIELD GROUP LIMITED | T06UF0865D | Currency | : | UNITED STATES OF AMERICA, DOLLARS |
| | PROVIDENCE HOUSE, EAST WING EAST<br>HILL STREET, NASSAU BAHAMAS | | Ordinary<br>Preference<br>Others | :<br>:<br>: | 54581508<br>0<br>0 |

### Summary of Share Capital and Shares

| Currency | : | SINGAPORE, DOLLARS | | |
|---|---|---|---|---|
| Class of Shares | : | Ordinary | Preference | Others |
| Number of Shares | : | 3,500,000.00 | 0.00 | 0.00 |
| Issued Share Capital | : | 3,500,000.00 | 0.00 | 0.00 |
| Paid Up Share Capital | : | 3,500,000.00 | 0.00 | 0.00 |
| Currency | : | UNITED STATES OF AMERICA, DOLLARS | | |
| Class of Shares | : | Ordinary | Preference | Others |
| Number of Shares | : | 54,581,508.00 | 0.00 | 0.00 |
| Issued Share Capital | : | 69,429,087.00 | 0.00 | 0.00 |
| Paid Up Share Capital | : | 69,429,087.00 | 0.00 | 0.00 |

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



**LOCAL COMPANY TRANSACTIONS**

## FILING OF ANNUAL RETURN

**Other Information on Shares (to be updated prior to filing of Annual Return)**

**Currency :**  SINGAPORE, DOLLARS

Please fill in the information where applicable.

|  | Ordinary | Preference | Others |
|---|---|---|---|
| **(i) Shares paid in cash** | | | |
| (a) **Number** of shares issued subject to payment wholly in cash : | 0.00 | 0.00 | 0.00 |
| **(ii) Shares paid otherwise than in cash (i.e. non-cash) :** | | | |
| (a) **Number** of shares issued as fully paid up otherwise than in cash : | 0.00 | 0.00 | 0.00 |
| (b) **Total amount**, if any, agreed to be considered as paid on those (i.e. the above) shares which have been deemed issued as fully paid up otherwise than in cash : | 0.00 | 0.00 | 0.00 |
| **(iii) Partly paid otherwise than in cash (i.e. non-cash) :** | | | |
| (a) **Number** of shares issued as partly paid up to the extent of  0.00 per share otherwise than in cash : | 0.00 | 0.00 | 0.00 |
| (b) **Total amount**, if any, agreed to be considered as paid on those (i.e. the above) shares which have been issued to that extent | 0.00 | 0.00 | 0.00 |
| (c) **Total amount**, if any, agreed to be considered as unpaid on those shares | 0.00 | 0.00 | 0.00 |
| **(iv) Forfeited Shares :** | | | |
| (a) **Total number** of shares forfeited since the date of the last summary of return or if none had been filed previously, the date of incorporation : | 0.00 | 0.00 | 0.00 |
| **(v) Treasury Shares** | | | |
| (a) **Total number** of ordinary shares held as treasury shares: | 0.00 | | |
| **(vi) Calls :** | | | |
| (a) **Additional calls** paid since the date of last return: (Note: This includes all amounts paid pursuant to calls (whether on account of the par or premium): see Section 62(B)(2) Companies Act. | 0.00 | 0.00 | 0.00 |
| (b) **Additional calls** for unpaid premium for shares issued before 30 Jan 2006 (Amount will be added to the **issued and paid up** capital upon successful lodgement) : | 0.00 | 0.00 | 0.00 |

d8c9cd68b233446deedd7afbf00afb7f4d0aed7a07fa34ecca9470fa8DedF0da

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)

# biz FILE

## LOCAL COMPANY TRANSACTIONS

### FILING OF ANNUAL RETURN

(c) **Total amount** of calls unpaid :

| 0.00 | 0.00 | 0.00 |

(Note : Upon submitting the AR, "Paid up Share Capital" will include the additional calls paid)

**Currency :**  UNITED STATES OF AMERICA, DOLLARS

Please fill in the information where applicable.

| | Ordinary | Preference | Others |
|---|---|---|---|

**(i) Shares paid in cash**

(a) **Number** of shares issued subject to payment wholly in cash :

| 0.00 | 0.00 | 0.00 |

**(ii) Shares paid otherwise than in cash (i.e. non-cash) :**

(a) **Number** of shares issued as fully paid up otherwise than in cash :

| 0.00 | 0.00 | 0.00 |

(b) **Total amount**, if any, agreed to be considered as paid on those (i.e. the above) shares which have been deemed issued as fully paid up otherwise than in cash :

| 0.00 | 0.00 | 0.00 |

**(iii) Partly paid otherwise than in cash (i.e. non-cash) :**

(a) **Number** of shares issued as partly paid up to the extent of 0.00 per share otherwise than in cash :

| 0.00 | 0.00 | 0.00 |

(b) **Total amount**, if any, agreed to be considered as paid on those (i.e. the above) shares which have been issued to that extent :

| 0.00 | 0.00 | 0.00 |

(c) **Total amount**, if any, agreed to be considered as unpaid on those shares :

| 0.00 | 0.00 | 0.00 |

**(iv) Forfeited Shares :**

(a) **Total number** of shares forfeited since the date of the last summary of return or if none had been filed previously, the date of incorporation :

| 0.00 | 0.00 | 0.00 |

**(v) Treasury Shares**

(a) **Total number** of ordinary shares held as treasury shares:

| 0.00 |

**(vi) Calls :**

(a) **Additional calls** paid since the date of last return: (Note: This includes all amounts paid pursuant to calls (whether on account of the par or premium):
see Section 62(B)(2) Companies Act.

| 0.00 | 0.00 | 0.00 |

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



## LOCAL COMPANY TRANSACTIONS

### FILING OF ANNUAL RETURN

(b) **Additional calls** for unpaid premium for shares issued before 30 Jan 2006 (Amount will be added to the **issued and paid up** capital upon successful lodgement) :

| 0.00 | 0.00 | 0.00 |
|---|---|---|

(c) **Total amount** of calls unpaid :

| 0.00 | 0.00 | 0.00 |
|---|---|---|

**(Note : Upon submitting the AR, "Paid up Share Capital" will include the additional calls paid)**

**(vii) Commissions (debentures)**

| 0.00 | 0.00 | 0.00 |
|---|---|---|

(a) Total amount of the sums, if any, paid by way of commission in respect of any debentures since the date of the last summary of return or if none had been filed previously, since the date of incorporation :

**Explanatory notes (if any) :**
**(max 2000 characters)**

### List of Registered Charges

| Date of Registration | Charge No. | Amount of Indebtedness |
|---|---|---|
| 04/07/2012 | C201207434 | All monies owing |
| 04/07/2012 | C201207440 | All monies owing |
| 04/07/2012 | C201207445 | All monies owing |
| 28/08/2013 | C201311760 | All monies owing |

### AGM and Financial Details

| | |
|---|---|
| Date of Annual Return | : 09/09/2015 |
| Date of Annual General Meeting | : 31/08/2015 |
| Date Financial Statements made up to (Financial Period End) | : 31/03/2015 |

### Principal Activity(ies)

### SSIC Code and SSIC Description as at Annual Return : 09/09/2015

SSIC Code(I)
*(SSIC 2010 Classification)*
: MANUFACTURE OF PIEZO-ELECTRIC DEVICES(26126)

SSIC Description(I)
: GROWING OF DIAMONDS

SSIC Code(II)
*(SSIC 2010 Classification)*
: GENERAL WHOLESALE TRADE (INCLUDING GENERAL IMPORTERS AND EXPORTERS)(46900)

SSIC Description(II)
:

**Is the principal activity(ies) as at Financial Period End different from the principal activity(ies) as at Date of Annual Return?**   ☐ Yes   ☒ No

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



## LOCAL COMPANY TRANSACTIONS

### FILING OF ANNUAL RETURN

**Order for Relief from Compliance with requirements of form and content granted under section 202**

Date of Order                                                                :

Description of Order                                                    :

**Documents other than financial statements**

Attach other document(s) if required by any other law to be filed with this Annual Return (apart from the financial statements).

Attachment : (must be in pdf format, max 2 MB size)      :   | ologies PL_Audited Report 31.03.15_signed20150909155409.pdf |

**Financial Information in XBRL (Select one of the following) \*:**

● **Full set of financial statements in XBRL**

☐ **Financial Statements Highlights**

       Only the following companies are allowed to file financial statements highlights :

       - Banks, insurance companies and finance companies whose activities are regulated by the Monetary Authority of Singapore;

       - Companies that are allowed by law to prepare financial statements in accordance with accounting standards other than the Singapore Financial Reporting Standards and the International Financial Reporting Standards;

       - Insolvent EPCs (exempt private companies);

       - Other companies which have obtained approval from ACRA.

**Financial Statement Details**

| S/No. | Nature of Financial Information | Financial Year End | Uploaded By | Date | Select |
|-------|--------------------------------|--------------------|-------------|------|--------|
| 1 | Full set of financial statements in XBRL | 31/03/2015 | Sarah Sia | 09/09/2015 | ● |

**Statement of confirmation: Review copy Financial Information generated from full set of financial statements in XBRL** \*

Click on the **Financial Year End** hyperlink under section: Financial Information in XBRL, to review the document titled "Financial Information", which is generated from the full set of financial statements in XBRL.

● With regard to the information presented in the section titled "Financial Statements" in XBRL,

       - I confirm that the information is legible; and

       - I confirm that I have verified with director/secretary of the company; or I, director/secretary of the company, confirm that the information is identical in content to the financial statements tabled at the AGM (or sent to the shareholders, in the case of private company which has dispensed with holding an AGM).

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



**LOCAL COMPANY TRANSACTIONS**

Page 8 of 9

## FILING OF ANNUAL RETURN

### AGM copy of Financial Statements in PDF (Optional):

Attach full set of financial statements as tabled at or used for the purposes of the Company's AGM.
(if document size does not exceed 2 MB, please attach it in Attachment 1. If it exceeds 2 MB, the file must be split into two attachments of maximum 2 MB each)

Attachment 1                                              :

Continuation of Attachment                                :

### Mandatory Information *:

The Director's Report and Statement By Directors have been signed by :

(i)     S8187632J MEHTA VISHAL JATIN

(ii)    S1217289C TAN TECK NGUAN MICHAEL

### Audit Status *:

- Are the financial statements required to be audited    :   [●] Yes      [ ] No
  (i.e. the company is not exempted from audit)? *

- Name of Public Accounting Entity that audited the      :   AT ADLER(T06PF0888J)
  financial statements

- Name of Auditor who audited and signed off the         :   TAN MONG GEOK(00930)
  financial statements

dac9cd68b293446&eedd7afbf00afb7f4d0aed7a07fa14ecca9470fa80ed50da

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



## LOCAL COMPANY TRANSACTIONS

### FILING OF ANNUAL RETURN

### DECLARATION BY A NON-EXEMPT PRIVATE COMPANY

☐  I, SIA YEQING, MICHAEL FAITH CONSULTANTS PTE LTD, director/secretary of the company, hereby declare that:

⬤  I, SIA YEQING, MICHAEL FAITH CONSULTANTS PTE LTD, hereby declare that I have verified from MEHTA VISHAL JATIN (S8187632J), director/secretary of the company that:-

  (i)   the particulars of the above company in this Annual Return are accurate and up to date as at 09/09/2015 (date must not be more than 14 days prior to the date of lodgement);

  (ii)  the abovenamed director/secretary has made an inspection of the share register and confirmed that transfer have not taken place since the date of  the last annual return;

  (iii) the company is a private company and the number of its memeber is not more than 50 (counting joint holders of shares as one person and not counting any person in the employment od the company or of its subsidiary or any person who while previously in the employment of the company of of its subsidiary was and thereafter has continued to be a member of the company); and

I, "SIA YEQING, MICHAEL FAITH CONSULTANTS PTE LTD", also declare that I have verified from MEHTA VISHAL JATIN (S8187632J), director of the company that the financial statements herewith have been prepared in accordance with Part VI of the Companies Act and where applicable, the financial information in XBRL format stated herein is accurate.

⬤  Click to confirm the above declaration.

| Lodged in the office of the Registrar of Companies and Businesses by | | Company Name | : IIA TECHNOLOGIES PTE. LTD. |
|---|---|---|---|
| Name | : SIA YEQING of MICHAEL FAITH CONSULTANTS PTE LTD | Date of Lodgment | : 09/09/2015  15:56:07 |
| Address | : | Transaction No. | : C150492549 |
| Tel. No. | : 63272022 | Receipt No. | : ACR0000006249405A |
| Email | : sarah@mfc.com.sg | Amount Paid | : 20.00 |

 

ACRA Home | News &Events | Contact Us | FeedBack

Singapore Government
Integrity · Service · Excellence

# Filing of Annual Return by Local Company

## Details Screen

**UEN**
200516961K

**Entity Name**
IIA TECHNOLOGIES PTE. LTD.

**Company Type During Financial Period Concerned**
PRIVATE COMPANY LIMITED BY SHARES

**Please select applicable option**
Active

## Address Section (as at 23/09/2016)

**Registered Office Address**
65 CHULIA STREET #38-02/03 OCBC CENTRE SINGAPORE 049513

## Particulars of Directors/Managing Directors/Alternate Directors, CEO, Secretaries, Auditors (as at 23/09/2016)

Director(s)

| S/No. | Name | Identification No./ Nationality | Date of Appointment |
|---|---|---|---|
| 1 | TAN TECK NGUAN MICHAEL | S1217289C / SINGAPORE CITIZEN | 07/12/2005 |
| 2 | MEHTA VISHAL JATIN | S8187632J / INDIAN | 27/07/2006 |
| 3 | SONIA JATIN MEHTA | S2766230G / INDIAN | 03/05/2006 |
| 4 | SAVVAS CHARALAMBOUS | K00111648 / CYPRIOT | 01/10/2015 |
| 5 | MEHTA SURAJ JATIN | G0724138R / INDIAN | 31/01/2013 |
| 6 | MISRA DEVI SHANKER | G6051933T / INDIAN | 31/01/2013 |

Managing Director(s)

| S/No. | Name | Identification No./ Nationality | Date of Appointment |
|---|---|---|---|

Alternate Director(s)

| S/No. | Name | Identification No./ Nationality | Date of Appointment |
|---|---|---|---|

Secretary(ies)

| S/No. | Name | Identification No./ Nationality | Date of Appointment |
|---|---|---|---|
| 1 | YAP CHING CHING JOCELYN | S7048039E / SINGAPORE CITIZEN | 07/12/2005 |

CEO

| S/No. | Name | Identification No./ Nationality | Date of Appointment |
|---|---|---|---|

Auditor(s)

| S/No. | Name | Identification No. | Date of Appointment |
|---|---|---|---|
| 1 | LINKZ ASSURANCE PAC | 201503548C | 18/03/2016 |

## Registered Charges Section (as at 23/09/2016)

| Charge No. | Date of Registration | Amount of Indebtedness |
|---|---|---|
| C201207445 | 04/07/2012 | All monies owing |
| C201207440 | 04/07/2012 | All monies owing |
| C201510600 | 17/09/2015 | All monies owing |
| C201207434 | 04/07/2012 | All monies owing |
| C201311760 | 28/08/2013 | All monies owing |

## Share Capital Details (as at 23/09/2016)

| S/No. | Currency | Class of share | No. of Shares Held | Amount of Issued Share Capital | Amount of Paid Up Share Capital |
|---|---|---|---|---|---|
| 1 | SINGAPORE, DOLLARS | Ordinary | 3500000 | 3500000 | 3500000 |
| | | Preference | 0 | 0 | 0 |
| | | Others | 0 | 0 | 0 |
| 2 | UNITED STATES OF AMERICA, DOLLARS | Ordinary | 54581508 | 69429087 | 69429087 |
| | | Preference | 0 | 0 | 0 |
| | | Others | 0 | 0 | 0 |

## Treasury Share Details (as at 23/09/2016)

| S/No. | Currency | Class of share | No. of Shares Held | Amount of Issued Share Capital | Amount of Paid Up Share Capital |
|---|---|---|---|---|---|

No data to display.

## Shareholder(s) Details (as at 23/09/2016)

| S/No. | Name | Identification No. / Nationality | Currency | Class of share | No. of Shares Held |
|---|---|---|---|---|---|
| 1 | SPRING FIELD GROUP LIMITED | T06UF0865D /BAHAMAS | SINGAPORE, DOLLARS | Ordinary | 2500000 |
| | | | | Preference | |
| | | | | Others | |
| | | | UNITED STATES OF AMERICA, DOLLARS | Ordinary | 54581508 |
| | | | | Preference | |
| | | | | Others | |
| 2 | SONIA JATIN MEHTA | S2766230G /INDIAN | SINGAPORE, DOLLARS | Ordinary | 1000000 |
| | | | | Preference | |
| | | | | Others | |

## Group Share Information (as at 23/09/2016)

| S/No. | Group Name | Currency | Class of share | No. of Shares Held | Shareholders |
|---|---|---|---|---|---|
| No data to display. | | | | | |

## AGM and Financial Details Section

**Date Financial Statements made up to (Financial Period End)**
31/03/2016

**Has Annual General Meeting (AGM) been held?**
Yes

**Date of Annual General Meeting**
26/08/2016

**Date of Annual Return**
23/09/2016

## Primary/Secondary Activity(ies) Section

**Primary/Secondary Activity(ies) as at Annual Return: 23/09/2016**

**Primary Activity**
MANUFACTURE OF PIEZO-ELECTRIC DEVICES(26126)

**Primary User-Described Activity**
GROWTH OF ROUGH GROWN DIAMONDS

**Secondary Activity**
GENERAL WHOLESALE TRADE (INCLUDING GENERAL IMPORTERS AND EXPORTERS)(46900)

**Secondary User-Described Activity**

**Is the principal activity(ies) as at Financial Period End different from principal activity(ies) as at Date of Annual Return?**
No

## Financial Information in XBRL Section

**Financial Statements**
Full set of financial statements

**Note : For financial information in XBRL not uploaded to BizFile**
- Please click on the **Go to BizFin^X** button to **load** financial information in XBRL
- Click on **Refresh Page** to **show** the uploaded file

**Note : For financial information in XBRL that have been uploaded to BizFile**
- If you had successfully uploaded the file, it will be shown below
- To view the uploaded file, please click on the **Financial Period End** hyperlink
- To file the selected uploaded file with this AR, please click on one of the radio buttons under Select column

| S/No | Nature of Financial Information | Financial Period End | Uploaded by | Date | Select |
|---|---|---|---|---|---|
| 1 | Full set of financial statements in XBRL | 31/03/2016 | Sarah Sia | 23/09/2016 5:38:13 PM | Yes |

**Statement of confirmation: Review copy of Financial Information generated from full set of financial statements in XBRL**
Click on the **Financial Period End** hyperlink under section: Financial Information in XBRL, to review the document titled "Financial Information", which is generated from the full set of financial statements in XBRL.

☑ With regard to the information presented in the section titled "Financial Statements" in XBRL,
- I confirm that the information is legible; and
- I confirm that I have verified with director/secretary of the company; or I, director/secretary of the company, confirm that the information is identical in content to the financial statements tabled at the AGM (or sent to the shareholders, in the case of private company which has dispensed with holding an AGM).

**Financial Statements in PDF**
**NOTE:**
- Attach full set of financial statements as tabled at the AGM (or sent to shareholder, in the case of a private company which has dispensed with holding an AGM.)
- (If the document size does not exceed 5MB, please attach it in Attachment 1. If it exceeds 5 MB, the file must be split into two attachments of maximum 5MB each.)

**AGM copy of Financial Statements**          **Continuation of Attachment**

IIA FS - FY2016 signed.pdf

## Director's Information

The Statement By Directors have been signed by:

**(i)Director Name 1**
MEHTA VISHAL JATIN

**(ii)Director Name 2**
TAN TECK NGUAN MICHAEL

## Audit Status

**Is the Company exempted from audit?**
No

**Name of Public Accounting Entity that audited the financial statements**
LINKZ ASSURANCE PAC

**Name of Auditor who audited and signed off the financial statements**
LOO LING LING

## Declaration

I , SARAH SIA YEQING, S8114448F, hereby declare that I have verified from

MEHTA VISHAL JATIN S8187632J director/secretary of the company that:-

i. the particulars of the above company contained in this Annual Return are accurate and up to date as at 23/09/2016(date cannot be more than 14 days before the date of lodgment)

ii. The above named officer has made an inspection of the company's share register and confirmed that transfers have not taken place since the date of the last annual return

iii. the company is a private company and the number of its member is not more than 50 (counting joint holders of shares as one person and not counting any person in the employment of the company or of its subsidiary or any person who while previously in the employment of the company or of its subsidiary was and thereafter has continued to be a member of the company);

iv. the financial statements (if prepared) have been prepared in accordance with Part VI of the Companies Act; and

v. the financial information in XBRL format (if filed) is accurate.

☑ **Click to confirm the above declaration.**

 

ACRA Home | News &Events | Contact Us | FeedBack

**Lodged with Accounting and Corporate Regulatory Authority (ACRA) by**

**Entity Name**
IIA TECHNOLOGIES PTE. LTD.

**Contact No.**
+6591816186

**Date of Lodgement**
23/09/2016 17:43:40

**Receipt No.**
ACRA160923023242

**Date of Payment**
23/09/2016 17:43:40

**Name**
SARAH SIA YEQING of MICHAEL FAITH CONSULTANTS PTE LTD

**Email Address**
SARAH@MFC.COM.SG

**Transaction No.**
C160755039

**Amount Paid (SGD)**
60.00





# Filing of Annual Return by Local Company

## Details Screen

| | |
|---|---|
| **UEN** | **Entity Name** |
| 200516961K | IIA TECHNOLOGIES PTE. LTD. |
| **Company Type During Financial Period Concerned** | **Please select applicable option** |
| PRIVATE COMPANY LIMITED BY SHARES | Active |

## Address Section (as at 16/10/2017)

**Registered Office Address**

65 CHULIA STREET #38-02/03 OCBC CENTRE SINGAPORE 049513

## Particulars of Directors/Managing Directors/Alternate Directors/Directors under Section 17(3)(d) of the Accountants Act, CEO, Secretaries, Auditors (as at 16/10/2017)

Director(s)

| S/No. | Name | Identification No./ Nationality | Date of Appointment |
|---|---|---|---|
| 1 | MEHTA SURAJ JATIN | G0724138R / KITTIAN & NEVISIAN | 31/01/2013 |
| 2 | MISRA DEVI SHANKER | G6051933T / INDIAN | 31/01/2013 |
| 3 | SAVVAS CHARALAMBOUS | K00111648 / CYPRIOT | 01/10/2015 |
| 4 | SONIA JATIN MEHTA | RE0005600 / KITTIAN & NEVISIAN | 03/05/2006 |
| 5 | MEHTA VISHAL JATIN | RE0027209 / KITTIAN & NEVISIAN | 27/07/2006 |
| 6 | TAN TECK NGUAN MICHAEL | S1217289C / SINGAPORE CITIZEN | 07/12/2005 |

Managing Director(s)

| S/No. | Name | Identification No./ Nationality | Date of Appointment |
|---|---|---|---|

Director(s) under Section 17(3)(d) of the Accountants Act

| S/No. | Name | Identification No./ Nationality | Date of Appointment |
|---|---|---|---|

Alternate Director(s)

| S/No. | Name | Identification No./ Nationality | Date of Appointment |
|---|---|---|---|

Secretary(ies)

| S/No. | Name | Identification No./ Nationality | Date of Appointment |
|---|---|---|---|
| 1 | YAP CHING CHING JOCELYN | S7048039E / SINGAPORE CITIZEN | 07/12/2005 |

CEO

| S/No. | Name | Identification No./ Nationality | Date of Appointment |
|---|---|---|---|

Auditor(s)

| S/No. | Name | Identification No. | Date of Appointment |
|---|---|---|---|
| 1 | LINKZ ASSURANCE PAC | 201503548C | 18/03/2016 |

## Registered Charges Section (as at 16/10/2017)

| Charge No. | Date of Registration | Amount of Indebtedness |
|---|---|---|
| C201207434 | 04/07/2012 | All monies owing |
| C201207445 | 04/07/2012 | All monies owing |
| C201207440 | 04/07/2012 | All monies owing |
| C201510600 | 17/09/2015 | All monies owing |
| C201311760 | 28/08/2013 | All monies owing |

## Share Capital Details (as at 16/10/2017)

| S/No. | Currency | Class of share | No. of Shares Held | Amount of Issued Share Capital | Amount of Paid Up Share Capital |
|---|---|---|---|---|---|
| 1 | SINGAPORE, DOLLARS | Ordinary | 3500000 | 3500000 | 3500000 |
| | | Preference | 0 | 0 | 0 |
| | | Others | 0 | 0 | 0 |
| 2 | UNITED STATES OF AMERICA, DOLLARS | Ordinary | 54581508 | 69429087 | 69429087 |
| | | Preference | 0 | 0 | 0 |
| | | Others | 0 | 0 | 0 |

## Treasury Share Details (as at 16/10/2017)

| S/No. | Currency | Class of share | No. of Shares Held | Amount of Issued Share Capital | Amount of Paid Up Share Capital |
|---|---|---|---|---|---|

No data to display.

## Shareholder(s) Details (as at 16/10/2017)

| S/No. | Name | Identification No. / Nationality | Currency | Class of share | No. of Shares Held |
|---|---|---|---|---|---|
| 1 | SONIA JATIN MEHTA | RE0005600 /KITTIAN & NEVISIAN | SINGAPORE, DOLLARS | Ordinary | 1000000 |
| | | | | Preference | |
| | | | | Others | |
| 2 | SPRING FIELD GROUP LIMITED | T06UF0865D /BAHAMAS | SINGAPORE, DOLLARS | Ordinary | 2500000 |
| | | | | Preference | |
| | | | | Others | |
| | | | UNITED STATES OF AMERICA, DOLLARS | Ordinary | 54581508 |
| | | | | Preference | |
| | | | | Others | |

## Group Share Information (as at 16/10/2017)

| S/No. | Group Name | Currency | Class of share | No. of Shares Held | Shareholders |
|---|---|---|---|---|---|
| No data to display. | | | | | |

## AGM and Financial Details Section

**Date Financial Statements made up to (Financial Period End)**
31/03/2017

**Has Annual General Meeting (AGM) been held?**
Yes

**Date of Annual General Meeting**
29/09/2017

**Date of Annual Return**
16/10/2017

## Primary/Secondary Activity(ies) Section

**Primary/Secondary Activity(ies) as at Annual Return: 16/10/2017**

**Primary Activity**
MANUFACTURE OF PIEZO-ELECTRIC DEVICES (EG QUARTZ CRYSTALS, QUARTZ CRYSTAL FILTERS, DELAY LINES)(26125)

**Primary User-Described Activity**
GROWTH OF ROUGH GROWN DIAMONDS

**Secondary Activity**
GENERAL WHOLESALE TRADE (INCLUDING GENERAL IMPORTERS AND EXPORTERS)(46900)

**Secondary User-Described Activity**

**Is the principal activity(ies) as at Financial Period End different from principal activity(ies) as at Date of Annual Return?**
No

## Financial Statements

**Financial Information in XBRL**
Full set of financial statements in XBRL

**Note : For financial information in XBRL not uploaded to BizFile**
- Please click on the **Go to BizFin<sup>X</sup>** button to **load** financial information in XBRL
- Click on **Refresh Page** to **show** the uploaded file

**Note : For financial information in XBRL that have been uploaded to BizFile**
- If you had successfully uploaded the file, it will be shown below
- To view the uploaded file, please click on the **Financial Period End** hyperlink
- To file the selected uploaded file with this AR, please click on one of the radio buttons under Select column

| S/No | Nature of Financial Information | Financial Period End | Uploaded by | Date | Select |
|---|---|---|---|---|---|
| 1 | Full set of financial statements in XBRL | 31/03/2017 | Sarah Sia | 16/10/2017 1:51:42 PM | Yes |

**Statement of confirmation: Review copy of Financial Information generated from full set of financial statements in XBRL**
Click on the **Financial Period End** hyperlink under section: Financial Information in XBRL, to review the document titled "Financial Information", which is generated from the full set of financial statements in XBRL.
☑ With regard to the information presented in the section titled "Financial Statements" in XBRL,
- I confirm that the information is legible; and
- I confirm that I have verified with director/secretary of the company; or I, director/secretary of the company, confirm that the information is identical in content to the financial statements tabled at the AGM (or sent to the shareholders, in the case of private company which has dispensed with holding an AGM).

**Financial Statements in PDF**

**NOTE:**
- Attach full set of financial statements as tabled at the AGM (or sent to shareholder, in the case of a private company which has dispensed with holding an AGM.)

- (If the document size does not exceed 5MB, please attach it in Attachment 1. If it exceeds 5 MB, the file must be split into two attachments of maximum 5MB each.)

| AGM copy of Financial Statements | Continuation of Attachment |
| --- | --- |
| IIA FS - FY2017 signed.pdf | |

## Director's Information

The Statement By Directors have been signed by:

| (i)Director Name 1 | (ii)Director Name 2 |
| --- | --- |
| MEHTA VISHAL JATIN RE0027209 | TAN TECK NGUAN MICHAEL S1217289C |

## Audit Status

**Is the Company exempted from audit?**
No

| Name of Public Accounting Entity that audited the financial statements | Name of Auditor who audited and signed off the financial statements |
| --- | --- |
| LINKZ ASSURANCE PAC | TAN KWANG ZHEN |

## Declaration

I , , S8114448F, hereby declare that I have verified from

MEHTA VISHAL JATIN RE0027209 director/secretary of the company that:-

i. the particulars of the above company contained in this Annual Return are accurate and up to date as at 16/10/2017(date cannot be more than 14 days before the date of lodgment)

ii. The above named officer has made an inspection of the company's share register and confirmed that transfers have not taken place since the date of the last annual return

iii. the company is a private company and the number of its member is not more than 50 (counting joint holders of shares as one person and not counting any person in the employment of the company or of its subsidiary or any person who while previously in the employment of the company or of its subsidiary was and thereafter has continued to be a member of the company);

iv. the financial statements (if prepared) have been prepared in accordance with Part VI of the Companies Act; and

v. the financial information in XBRL format (if filed) is accurate.

**Register of Controllers**

Is the company exempted from the requirement to keep a register of controllers?

No

Please indicate where the register of controllers is kept.
☑(i) Registered office of the company
☐(ii) Registered office of a registered filing agent appointed by the company for the purpose of keeping the register of controllers.

**Register of Nominee Directors**

Is the company exempted from the requirement to keep a register of nominee directors?

No

Please indicate where the register of nominee directors of the company is kept.
☑(i) Registered office of the company
☐(ii)Registered office of a registered filing agent appointed by the company for the purpose of keeping the register of nominee directors.

☑ Click to confirm the above declaration.



**Singapore Government**
Integrity • Service • Excellence

ACRA Home | News &Events | Contact Us | FeedBack

**Lodged with Accounting and Corporate Regulatory Authority (ACRA) by**

**Entity Name**
IIA TECHNOLOGIES PTE. LTD.

**Contact No.**
+6591816186

**Date of Lodgement**
16/10/2017 14:00:18

**Receipt No.**
ACRA171016078134

**Date of Payment**
16/10/2017 14:00:18

**Name**
SARAH SIA YEQING of MICHAEL FAITH CONSULTANTS PTE LTD

**Email Address**
SARAH@MFC.COM.SG

**Transaction No.**
C170632163

**Amount Paid (SGD)**
60.00



ACRA
ACCOUNTING AND CORPORATE
REGULATORY AUTHORITY