# Exhibit 10

*Defendant; Mehta Vishal Jatin;* 19th  ;   19.02.  2018

## IN THE HIGH COURT OF THE REPUBLIC OF SINGAPORE

HC/S 26/2016

Between

**ELEMENT SIX TECHNOLOGIES LIMITED**

(United Kingdom Registration No. 08206603)

…Plaintiff

And

**IIa TECHNOLOGIES PTE. LTD.**

(Singapore UEN No. 200516961K)

…Defendant

## THE ANSWER

Of the abovenamed Defendant to the interrogatories for the examination of the abovenamed Plaintiff dated 18th day of December 2017.

In answer to the said interrogatories, I, **MEHTA VISHAL JATIN** (NRIC No: S8187632J), care of 17 Tukang Innovation Drive, Singapore 618300, do affirm and say as follows:

1. To interrogatory 1(a), namely:

   *Did the Defendant in Singapore make, dispose of or offer to dispose of, import, use and/or keep, whether in part or otherwise, any single crystal CVD diamond material in any form, including as-grown and gemstone,*

*which was designated the identifier "LG10061905", regardless of when the aforesaid designation took place and whether the aforesaid designation was by the Defendant or third party?*

That the Defendant does not use this format of identification, and is unable to comment on what third parties might or might not have done

2. To interrogatory 6(a), namely:

   *Did the Defendant in Singapore make, dispose of or offer to dispose of, import, us and/or keep, whether in part or otherwise, any single crystal CVD diamond material in any form, including as-grown and diamond plate, which was designated the identifier "2PCVD303004N", regardless of when the aforesaid designation took place and whether the aforesaid designation was by the Defendant or a third party?*

   That the Defendant sold single crystal CVD diamond material which the Defendant designated the identifier "2PCVD303004N". The Defendant is unable to comment on what third parties might or might not have done.

3. To interrogatory 11(a), namely:

   *Did the Defendant in Singapore make, dispose of or offer to dispose of, import, us and/or keep, whether in part or otherwise, any single crystal CVD diamond material in any form, including as-grown and diamond plate, which was designated the identifier "LG10226420", regardless of*

*when the aforesaid designation took place and whether the aforesaid designation was by the Defendant or a third party?*

That the Defendant does not use this format of identification, and is unable to comment on what third parties might or might not have done.

4. To interrogatory 17(a), namely:

*Did the Defendant in Singapore make, dispose of or offer to dispose of, import, us and/or keep, whether in part or otherwise, any single crystal CVD diamond material in any form, including as-grown and diamond plate, which was designated the identifier "2PCVD505005N", regardless of when the aforesaid designation took place and whether the aforesaid designation was by the Defendant or a third party?*

That the Defendant sold single crystal CVD diamond material which the Defendant designated the identifier "*2PCVD505005N*". The Defendant is unable to comment on what third parties might or might not have done.

AFFIRMED BY THE ABOVENAMED  )
**MEHTA VISHAL JATIN**  )
IN SINGAPORE  )
ON THE 19th day of Feb 2018  )

Before me,

A Commissioner of Oaths

*[Seal: Commissioner for Oaths — Thomas Loh, C2017/0204, 1 Apr 2017 – 31 Mar 2018, Singapore]*

This Affidavit is filed on behalf of the Defendant.