# Exhibit 11

**Short title**

   **1.** This Act may be cited as the Evidence Act.

**Application of Parts I, II and III**

   **2.**—(1) Parts I, II and III shall apply to all judicial proceedings in or before any court, but not to affidavits presented to any court or officer nor to proceedings before an arbitrator.

   (2) All rules of evidence not contained in any written law, so far as such rules are inconsistent with any of the provisions of this Act, are repealed.

**Interpretation**

   **3.**—(1) In Parts I, II and III, unless the context otherwise requires —

   [*Deleted by Act 4 of 2012 wef 01/08/2012*]

   [*Deleted by Act 4 of 2012 wef 01/08/2012*]

   "copy of a document" includes —

      (*a*) in the case of a document falling within paragraph (*d*) but not paragraph (*e*) of the definition of "document", a transcript of the sounds or other data embodied in it;

      (*b*) in the case of a document falling within paragraph (*e*) but not paragraph (*d*) of that definition, a reproduction or still reproduction of the image or images embodied in it, whether enlarged or not;

      (*c*) in the case of a document falling within paragraphs (*d*) and (*e*) of that definition, such a transcript together with such a still reproduction; and

      (*d*) in the case of a document not falling within paragraph (*e*) of that definition of which a visual image is embodied in a document falling within that paragraph, a reproduction of that image, whether enlarged or not,

and any reference to a copy of the material part of a document must be construed accordingly;

*[Act 4 of 2012 wef 01/08/2012]*

   "country" includes a territory;

*[Act 16 of 2016 wef 10/06/2016]*

   "court" includes all Judges and Magistrates and, except arbitrators, all persons legally authorised to take evidence;

"document" includes, in addition to a document in writing —

    (*a*)    any map, plan, graph or drawing;

    (*b*)    any photograph;

    (*c*)    any label, marking or other writing which identifies or describes anything of which it forms a part, or to which it is attached by any means whatsoever;

    (*d*)    any disc, tape, sound-track or other device in which sounds or other data (not being visual images) are embodied so as to be capable (with or without the aid of some other equipment) of being reproduced therefrom;

    (*e*)    any film (including microfilm), negative, tape, disc or other device in which one or more visual images are embodied so as to be capable (with or without the aid of some other equipment) of being reproduced therefrom; and

    (*f*)    any paper or other material on which there are marks, impressions, figures, letters, symbols or perforations having a meaning for persons qualified to interpret them;

*[Act 4 of 2012 wef 01/08/2012]*

"electronic record" means a record generated, communicated, received or stored by electronic, magnetic, optical or other means in an information system or transmitted from one information system to another;

*[Act 4 of 2012 wef 01/08/2012]*

"evidence" includes —

    (*a*)    all statements which the court permits or requires to be made before it by witnesses in relation to matters of fact under inquiry: such statements are called oral evidence;

    (*b*)    all documents produced for the inspection of the court: such documents are called documentary evidence;

"fact" includes —

    (*a*)    any thing, state of things, or relation of things, capable of being received by the senses;

    (*b*)    any mental condition of which any person is conscious;

*Illustrations*

    (*a*)    That there are certain objects arranged in a certain order in a certain place

is a fact.

    (*b*) That a man heard or saw something is a fact.

    (*c*) That a man said certain words is a fact.

    (*d*) That a man holds a certain opinion, has a certain intention, acts in good faith or fraudulently, or uses a particular word in a particular sense, or is or was at a specified time conscious of a particular sensation, is a fact.

    (*e*) That a man has a certain reputation is a fact.

"fact in issue" includes any fact from which either by itself or in connection with other facts the existence, non-existence, nature or extent of any right, liability or disability asserted or denied in any suit or proceeding necessarily follows.

*Illustrations*

*A* is accused of the murder of *B*.

At his trial the following facts may be in issue:

    that *A* caused *B*'s death;

    that *A* intended to cause *B*'s death;

    that *A* had received grave and sudden provocation from *B*;

    that *A* at the time of doing the act which caused *B*'s death was by reason of unsoundness of mind incapable of knowing its nature.

**"Relevant"**

(2) One fact is said to be relevant to another when the one is connected with the other in any of the ways referred to in the provisions of this Act relating to the relevancy of facts.

**"Proved"**

(3) A fact is said to be "proved" when, after considering the matters before it, the court either believes it to exist or considers its existence so probable that a prudent man ought, under the circumstances of the particular case, to act upon the supposition that it exists.

**"Disproved"**

(4) A fact is said to be "disproved" when, after considering the matters before it, the court either believes that it does not exist or considers its non-existence so probable that

a prudent man ought, under the circumstances of the particular case, to act upon the supposition that it does not exist.

**"Not proved"**

(5) A fact is said to be "not proved" when it is neither proved nor disproved.

(6) For the purposes of sections 23, 128, 130 and 131, a reference to "advocate or solicitor" therein shall include a reference to any public officer in the Attorney-General's Chambers when he acts as an advocate or a solicitor.

*[Act 4 of 2012 wef 01/08/2012]*

(7) For the purposes of sections 23, 128A, 130 and 131, a "legal counsel" means —

  (*a*) a person (by whatever name called) who is an employee of an entity employed to undertake the provision of legal advice or assistance in connection with the application of the law or any form of resolution of legal disputes;

*[Act 41 of 2014 wef 01/01/2015]*

  (*aa*) any Deputy Attorney-General; or

*[Act 41 of 2014 wef 01/01/2015]*

  (*b*) a public officer in the Singapore Legal Service —

    (i) working in a ministry or department of the Government or an Organ of State as legal adviser to that ministry or department or Organ of State; or

    (ii) seconded as legal adviser to any statutory body established or constituted by or under a public Act for a public function.

*[Act 4 of 2012 wef 01/08/2012]*

**Evidence may be given of facts in issue and relevant facts**

**5.** Evidence may be given in any suit or proceeding of the existence or non-existence of every fact in issue and of such other facts as are hereinafter declared to be relevant, and of no others.

*Explanation*.—This section shall not enable any person to give evidence of a fact which he is disentitled to prove by any provision of the law for the time being in force relating to civil procedure.

*Illustrations*

(*a*) A is tried for the murder of B by beating him with a club with the intention of causing his death.

At *A's* trial the following facts are in issue:

  *A's* beating *B* with the club;

    *A's* causing *B's* death by such beating;

    *A's* intention to cause *B's* death.

 (*b*) *A*, a party to a suit, does not comply with a notice given by *B*, the other party, to produce for *B's* inspection a document referred to in *A's* pleadings. This section does not enable *A* to put such document in evidence on his behalf in such suit, otherwise than in accordance with the conditions prescribed by the Rules of Court or the Family Justice Rules (as the case may be).

*[Act 27 of 2014 wef 01/10/2014]*

## Cases in which statement of relevant fact by person who is dead or cannot be found, etc., is relevant

**32.**—(1) Subject to subsections (2) and (3), statements of relevant facts made by a person (whether orally, in a document or otherwise), are themselves relevant facts in the following cases:

*[Act 4 of 2012 wef 01/08/2012]*

**when it relates to cause of death;**
 (*a*) when the statement is made by a person as to the cause of his death, or as to any of the circumstances of the transaction which resulted in his death, in cases in which the cause of that person's death comes into question; such statements are relevant whether the person who made them was or was not at the time when they were made under expectation of death, and whatever may be the nature of the proceeding in which the cause of his death comes into question;

**or is made in course of trade, business, profession or other occupation;**
 (*b*) when the statement was made by a person in the ordinary course of a trade, business, profession or other occupation and in particular when it consists of —

   (i) any entry or memorandum in books kept in the ordinary course of a trade, business, profession or other occupation or in the discharge of professional duty;

   (ii) an acknowledgment (whether written or signed) for the receipt of money, goods, securities or property of any kind;

   (iii) any information in market quotations, tabulations, lists, directories or other compilations generally used and relied upon by the public or by persons in particular occupations; or

   (iv) a document constituting, or forming part of, the records (whether past or present) of a trade, business, profession or other occupation that are

>    recorded, owned or kept by any person, body or organisation carrying out the trade, business, profession or other occupation,
>
> and includes a statement made in a document that is, or forms part of, a record compiled by a person acting in the ordinary course of a trade, business, profession or other occupation based on information supplied by other persons;

*[Act 4 of 2012 wef 01/08/2012]*

**or against interest of maker;**

>    (*c*) when the statement is against the pecuniary or proprietary interest of the person making it, or when, if true, it would expose him or would have exposed him to a criminal prosecution or to a suit for damages;

**or gives opinion as to public right or custom or matters of general interest;**

>    (*d*) when the statement gives the opinion of any such person as to the existence of any public right or custom or matter of public or general interest, of the existence of which if it existed he would have been likely to be aware, and when such statement was made before any controversy as to such right, custom or matter had arisen;

**or relates to existence of relationship;**

>    (*e*) when the statement relates to the existence of any relationship by blood, marriage or adoption between persons as to whose relationship by blood, marriage or adoption the person making the statement had special means of knowledge, and when the statement was made before the question in dispute was raised;

**or is made in will or deed relating to family affairs;**

>    (*f*) when the statement relates to the existence of any relationship by blood, marriage or adoption between persons deceased, and is made in any will or deed relating to the affairs of the family to which any such deceased person belonged, or in any family pedigree or upon any tombstone, family portrait or other thing on which such statements are usually made, and when such statement was made before the question in dispute was raised;

**or in document relating to transaction mentioned in section 13(*a*);**

>    (*g*) when the statement is contained in any deed or other document which relates to any such transaction as is mentioned in section 13(*a*);

**or is made by several persons and expresses feelings relevant to matter in question;**

 (*h*) when the statement was made by a number of persons and expressed feelings or impressions on their part relevant to the matter in question;

[Act 4 of 2012 wef 01/08/2012]

**or is made by person who is compellable but refuses to give evidence;**
 (*i*) when the statement was made by a person who, being compellable to give evidence on behalf of the party desiring to give the statement in evidence, attends or is brought before the court, but refuses to be sworn or affirmed, or is sworn or affirmed but refuses to give any evidence;

[Act 4 of 2012 wef 01/08/2012]

**or is made by person who is dead or who cannot be produced as witness;**
 (*j*) when the statement is made by a person in respect of whom it is shown —

  (i) is dead or unfit because of his bodily or mental condition to attend as a witness;

  (ii) that despite reasonable efforts to locate him, he cannot be found whether within or outside Singapore;

  (iii) that he is outside Singapore and it is not practicable to secure his attendance; or

  (iv) that, being competent but not compellable to give evidence on behalf of the party desiring to give the statement in evidence, he refuses to do so;

[Act 4 of 2012 wef 01/08/2012]

**or by agreement.**
 (*k*) when the parties to the proceedings agree that for the purpose of those proceedings the statement may be given in evidence.

[Act 4 of 2012 wef 01/08/2012]

*Illustrations*

(*a*) The question is whether *A* was murdered by *B*.

*A* dies of injuries received in a transaction in the course of which she was ravished.

The question is whether she was ravished by *B*; or

The question is whether *A* was killed by *B* under such circumstances that a suit would lie against *B* by *A's* widow.

Statements made by *A* as to the cause of his or her death, referring respectively to the murder, the rape and the actionable wrong under consideration, are relevant facts.

(*b*) The question is as to the date of *A's* birth.

An entry in the diary of a deceased surgeon regularly kept in the course of business, stating that on a given day he attended A's mother and delivered her of a son, is a relevant fact.

(*c*) The question is whether *A* was in Singapore on a given day.

A statement in the diary of a deceased solicitor regularly kept in the course of business that on a given day the solicitor attended *A* at a place mentioned in Singapore for the purpose of conferring with him upon specified business is a relevant fact.

(*d*) The question is whether a ship sailed from Singapore harbour on a given day.

A letter written by a deceased member of a merchant's firm by which she was chartered to their correspondents in London, to whom the cargo was consigned, stating that the ship sailed on a given day from Singapore harbour is a relevant fact.

(*e*) The question is whether rent was paid to *A* for certain land.

A letter from *A's* deceased agent to *B*, saying that he had received the rent on *A's* account and held it at *A's* orders, is a relevant fact.

(*f*) The question is whether *A* and *B* were legally married.

The statement of a deceased clergyman that he married them under such circumstances that the celebration would be a crime is relevant.

(*g*) The question is whether *A*, a person who cannot be found, wrote a letter on a certain day.

The fact that a letter written by him is dated on that day is relevant.

(*h*) The question is, what was the cause of the wreck of a ship?

A protest made by the captain, whose attendance cannot be procured, is a relevant fact.

(*i*) The question is, what was the price of shares on a certain day in a particular market?

A statement of the price made by a deceased broker in the ordinary course of his business is a relevant fact.

(*j*) The question is whether *A*, who is dead, was the father of *B*.

A statement by *A* that *B* was his son is a relevant fact.

(*k*) The question is, what was the date of the birth of *A*?

A letter from *A's* deceased father to a friend, announcing the birth of *A* on a given day, is a relevant fact.

(*l*) The question is whether and when *A* and *B* were married.

An entry in a memorandum-book by *C*, the deceased father of *B*, of his daughter's marriage with *A* on a given date, is a relevant fact.

(*m*) *A* sues *B* for a libel expressed in a printed caricature exposed in a shop-window. The question is as to the similarity of the caricature and its libellous character.

The remarks of a crowd of spectators on these points may be proved.

(2) For the purposes of paragraph (*a*), (*c*), (*d*), (*e*), (*f*), (*g*), (*h*), (*i*) or (*j*) of subsection (1), where a person makes an oral statement to or in the hearing of another

person who, at the request of the maker of the statement, puts it (or the substance of it) into writing at the time or reasonably soon afterwards, thereby producing a corresponding statement in a document, the statement in the document shall be treated for the purposes of those paragraphs as the statement of the maker of the oral statement.

*[Act 4 of 2012 wef 01/08/2012]*

(3)  A statement which is otherwise relevant under subsection (1) shall not be relevant if the court is of the view that it would not be in the interests of justice to treat it as relevant.

*[Act 4 of 2012 wef 01/08/2012]*

(4)  Except in the case of subsection (1)(*k*), evidence may not be given under subsection (1) on behalf of a party to the proceedings unless that party complies —

    (*a*)  in the case of criminal proceedings, with such notice requirements and other conditions as may be prescribed by the Minister under section 428 of the Criminal Procedure Code 2010 (Act 15 of 2010); and

    (*b*)  in all other proceedings, with such notice requirements and other conditions as may be prescribed in the Rules of Court or the Family Justice Rules.

*[Act 27 of 2014 wef 01/10/2014]*
*[Act 4 of 2012 wef 01/08/2012]*

(5)  Where a statement is admitted in evidence under subsection (1), the court shall assign such weight as it deems fit to the statement.

*[Act 4 of 2012 wef 01/08/2012]*

(6)  Notwithstanding paragraph (*k*) of subsection (1), an agreement under that paragraph does not enable a statement to be given in evidence in criminal proceedings on the prosecution's behalf unless at the time the agreement is made, the accused or any of the co-accused is represented by an advocate.

*[Act 4 of 2012 wef 01/08/2012]*

(7)  Notwithstanding paragraph (*k*) of subsection (1), an agreement under that paragraph shall be of no effect for the purposes of any proceedings before the High Court or any proceedings arising out of proceedings before the High Court if made during proceedings before an examining Magistrate conducting a committal hearing under Division 2 of Part X of the Criminal Procedure Code 2010.

*[Act 4 of 2012 wef 01/08/2012]*