# Exhibit 12

Case 1:18-mc-00418-PGG   Document 5-16   Filed 09/07/18   Page 1 of 3

SUPREME COURT OF JUDICATURE ACT
(CHAPTER 322, SECTION 80)

RULES OF COURT

R 5

G.N. No. S 71/1996

REVISED EDITION 2014

(21st March 2014)

[1st April 1996]

**Order for discovery of particular documents (O. 24, r. 5)**

**5.**—(1)  Subject to Rule 7, the Court may at any time, on the application of any party to a cause or matter, make an order requiring any other party to make an affidavit stating whether any document specified or described in the application or any class of document so specified or described is, or has at any time been, in his possession, custody or power, and if not then in his possession, custody or power, when he parted with it and what has become of it.

(2)  An order may be made against a party under this Rule notwithstanding that the party may already have made or been required to make a list of documents or an affidavit under Rule 1.

(3)  An application for an order under this Rule must be supported by an affidavit stating the belief of the deponent that the party from whom discovery is sought under this Rule has, or at some time had, in his possession, custody or power, the document, or class of document, specified or described in the application and that it falls within one of the following descriptions:

    (*a*)  a document on which the party relies or will rely;

    (*b*)  a document which could —

        (i)  adversely affect his own case;

        (ii)  adversely affect another party's case; or

        (iii)  support another party's case;

    (*c*)  a document which may lead the party seeking discovery of it to a train of inquiry resulting in his obtaining information which may —

      (i)    adversely affect his own case;

     (ii)    adversely affect another party's case; or

    (iii)    support another party's case.

(4) An order under this Rule shall not be made in any cause or matter in respect of any party before an order under Rule 1 has first been obtained in respect of that party, unless, in the opinion of the Court, the order is necessary or desirable.

**Depositions when receivable in evidence at trial (O. 38, r. 9)**

**9.**—(1) No deposition taken in any cause or matter shall be received in evidence at the trial of the cause or matter unless —

    (*a*)    the deposition was taken in pursuance of an order under Order 39, Rule 1; and

    (*b*)    either the party against whom the evidence is offered consents or it is proved to the satisfaction of the Court that the deponent is dead, or beyond the jurisdiction of the Court or unable from sickness or other infirmity to attend the trial.

(2) A party intending to use any deposition in evidence at the trial of a cause or matter must, at a reasonable time before the trial, give notice of his intention to do so to the other party.

(3) A deposition purporting to be signed by the person before whom it was taken shall be receivable in evidence without proof of the signature being the signature of that person.

**Contents of affidavit (O. 41, r. 5)**

**5.**—(1) Subject to the other provisions of these Rules, an affidavit may contain only such facts as the deponent is able of his own knowledge to prove.

(2) An affidavit sworn for the purpose of being used in interlocutory proceedings may contain statements of information or belief with the sources and grounds thereof.