```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In re* Ex Parte Application of

ELEMENT SIX TECHNOLOGIES
LIMITED,,

      *Applicant*,

For an Order Pursuant to 28
U.S.C. § 1782

**ORDER**

18 Misc. 418 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED the respondent Pure Grown Diamonds, Inc.'s motion for leave to file an opposition to Element Six Technologies Limited's application for discovery pursuant to 28 U.S.C. § 1782 (Dkt. No. 15) is granted.

- Pure Grown Diamonds' opposition shall be filed no later than **October 12, 2018**

- Element Six's reply shall be filed no later than **October 29, 2018**.

Dated: New York, New York
       October 5, 2018

                                SO ORDERED.

                                _____
                                Paul G. Gardephe
                                United States District Judge